IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's June 9, 2004 order, defendant, the United States, respectfully files this status report regarding the posture of the case.

As plaintiff, Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), correctly indicated in its status report to the Court, dated June 18, 2004, the parties are negotiating changes to the protective order entered by the Court. To ensure that there is a single uniform protective order in all of the spent nuclear fuel cases, and to preclude the possibility that different protective orders will create inconsistent or conflicting obligations, we will request that the proposed changes be made to the protective order entered by Judge Sypolt in the coordinated discovery proceedings on May 8, 2002 and by judges in other cases since that time as well as to any protective orders to be entered in recently filed cases. Because of the potential effect of these proposed changes and the Government's need for one protective order to apply in all of the spent nuclear fuel cases, the Government must negotiate these

proposed changes with all 14 counsel that represent plaintiffs in spent nuclear fuel cases pending before the Court. The Government communicated its position on the proposed changes to the protective order in a letter to counsel for Vermont Yankee dated June 8, 2004. We are awaiting a response and expect to be able to provide a proposed revised protective order to the Court shortly.

Until these issues regarding the protective order are resolved, Vermont Yankee is unwilling to provide copies of the purchase and sale agreement entered into by Vermont Yankee and Entergy Nuclear Vermont Yankee, LLC, ("ENVY"), another plaintiff in a suit pending before the Court. Entergy Nuclear Vermont Yankee, LLC, v. United States, No. 03-2663C. Once the Government receives copies of these documents, the Government will analyze them to determine whether the Government may file a dispositive motion regarding Vermont Yankee's standing to bring suit under the Standard Contract. In the alternative, the Government's review of these documents may lead to the conclusion that this case should be consolidated with the case filed by ENVY.

Regarding whether Vermont Yankee should participate in the joint discovery proceedings discussed with Judge Sypolt at the April 30, 2004 conference, the Government believes that Vermont Yankee should be included in the group of cases that were the subject of that proceeding because Vermont Yankee has not

participated in any discovery with the Government to date. Vermont Yankee filed its complaint after the previous "coordinated discovery" proceedings had concluded. If the case moves forward independent of any further coordinated discovery proceedings, the Government will still be entitled to conduct discovery on schedule issues against Vermont Yankee.

Finally, with regard to the scheduling of further proceedings, the Government notes that many of the recently filed spent fuel cases have been stayed until the end of the year to allow potential appeals from the Court's recent decision in Indiana Michigan Power Co. v. United States, No. 98-486C, and trials in Yankee Atomic Electric Co. v. United States, No. 98-126C, Commonwealth Edison Co. v. United States, No. 98-621C, and Sacramento Municipal Utility District v. United States, No. 98-614C, currently scheduled to begin in July and December 2004 and January 2005, respectively, to proceed. The Government suggests that this case also be stayed until the end of the year.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 307-2503

June 21, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2004, a copy of foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan