# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, * No. 02-898C

v. * Filed: June 23, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties are discussing modifications to the Protective Order issued on March 23, 2004. We ask that the parties notify the court of the revisions as soon as they are agreed upon, and propose a schedule as to how to proceed with this case.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge