# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER COMPANY, | * | |
| Plaintiff, | * | No. 02-898C |
| v. | * | Filed: September 2, 2004 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

Plaintiff's Motion for Leave to File its First Amended Complaint is GRANTED. The Government has not filed an objection. Accordingly, we ask that the Clerk of Court accept plaintiff's amended complaint for filing.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge