**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, | |
| v. | No. 02-898C (Judge Hodges) |
| **THE UNITED STATES,** Defendant. | |

## JOINT STATUS REPORT

Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee") and Defendant (the "Government") jointly file this brief status report to advise the Court that the parties, after a period of discussion, are amenable to a suspension of this case. In light of the fact that counsel for the parties will be engaged in the appeal and potential cross-appeal at the United States Court of Appeals for the Federal Circuit of the Court's judgment in Indiana Michigan Power Co. v. United States, No. 98-486C, Plaintiff has proposed and the Government has agreed that this case be suspended through the end of the 2004 calendar year. The parties intend to file a joint status report regarding their views as to how this case should proceed on or before January 15, 2005.

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case until December 31, 2004.

Dated: September 17, 2004

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

OF COUNSEL:
Jay E. Silberg
Devon E. Hewitt
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Jack Y. Chu
DAVID M. COHEN
Director

s/ Marian E. Sullivan by s/ Jack Y. Chu
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585