# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 02-898C

Filed: October 6, 2004

**ORDER**

In response to the joint status report filed September 17, 2004, this case is suspended until December 31, 2004. The parties will file a joint status report by January 15, 2005. They should include in the joint status report whether they intend to seek consolidation of the Vermont Yankee and Entergy Nuclear Vermont Yankee cases.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge