# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, * No. 02-898C

v. * Filed: January 5, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The suspension in this case expired at the end of December. Counsel are reminded that a status report is due on January 15. They may call or file earlier if they wish, the main points being whether they are prepared to proceed with the merits and whether they wish to consolidate this case and Entergy Nuclear.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge