# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

No. 02-898C

Filed: January 5, 2005

**ORDER**

The suspension in this case expired at the end of December. Earlier Orders stated the status report is due on January 15, a Saturday. We are rescheduling the deadline to January 18. Counsel are reminded that a status report is due on January 18. They may call or file earlier if they wish, the main points being whether they are prepared to proceed with the merits and whether they wish to consolidate this case and Entergy Nuclear.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge