**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 18, 2005)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 02-898C (Judge Hodges) |

**JOINT STATUS REPORT**

Pursuant to this Court's January 5, 2005 Order, Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee") and Defendant (the "Government") jointly file this brief status report to advise the Court that the parties, after a period of discussion, respectfully request a continued suspension of this case. In light of the fact that counsel for the parties will be engaged in the appeal at the United States Court of Appeals for the Federal Circuit ("Federal Circuit") of the Court's judgment in Indiana Michigan Power Co. v. United States, No. 98-486C, Plaintiff has proposed and the Government has agreed that this case be suspended until the earlier of July 1, 2005 or the date the Federal Circuit issues a decision in Indiana Michigan. The parties intend to file a joint status report regarding their views as to how this case should proceed on or before July 15, 2005 or within 30 days of a decision in Indiana Michigan.[1]

[1] In its order, the Court requested that the parties address whether consolidation of Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C, and Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C, was appropriate. The parties believe that consideration of whether the two cases should be consolidated should be deferred until the conclusion of the requested stay of proceedings.

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case until the earlier of July 1, 2005 or the date the Federal Circuit issues a decision in Indiana Michigan.

Dated: January 18, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

OF COUNSEL:
Jay E. Silberg
Walter F. Zenner
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Marian E. Sullivan by s/ Daniel S. Herzfeld
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585