# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, * No. 02-898C

v. * Filed: January 25, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties request that this case continue in suspension until the earlier of July 1, 2005 or 30 days after a decision in Indiana Michigan is issued. They request that this case not be consolidated with any other case for the time being. The parties' motions in this regard are GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge