**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 1, 2005)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 02-898C<br>(Judge Hodges) |

## JOINT STATUS REPORT

Pursuant to this Court's January 25, 2005 Order, Plaintiff Vermont Yankee Nuclear Power Corporation, and Defendant (the "Government") jointly file this brief status report to advise the Court that the parties respectfully request a continued suspension of this case. On June 6, 2005, counsel for the parties argued the appeal at the United States Court of Appeals for the Federal Circuit ("Federal Circuit") of the Court's judgment in Indiana Michigan Power Co. v. United States, No. 98-486C. In view of the potential significance of that decision on the issues pending in this and other spent nuclear fuel cases, Plaintiff has proposed and the Government has agreed that this case be suspended through the end of 2005 or until 30 days after the date the Federal Circuit issues a decision in Indiana Michigan, whichever date is later. The parties intend to file a joint status report regarding their views as to how this case should proceed within 15 days of a decision in Indiana Michigan, or on or before January 15, 2006, whichever date is later.[1]

[1] In its January 5 order, the Court requested that the parties address whether consolidation of Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C, and Entergy Nuclear

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case through the end of 2005 or 30 days after the date the Federal Circuit issues a decision in Indiana Michigan, whichever date is later.

Dated: July 1, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
2300 N Street, N.W.
(202) 663-8000
(202) 663-8007 (fax)

---

Vermont Yankee, LLC v. United States, No. 03-2663C, was appropriate. The parties believe that consideration of whether the two cases should be consolidated should continue to be deferred until the conclusion of the stay of proceedings requested herein.

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Daniel S. Herzfeld
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.

s/ Marian E. Sullivan by s/ Daniel S. Herzfeld
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1327123 v.2