# In the United States Court of Federal Claims

* * * * * * *

VERMONT YANKEE NUCLEAR POWER COMPANY, *

Plaintiff, * No. 02-898C

v. * Filed: July 5, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' request to continue suspension of this case until the end of 2005 or 30 days after the Federal Circuit issues a decision in Indiana Michigan, whichever date is later is GRANTED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge