# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER COMPANY, | * | |
| | * | |
| Plaintiff, | * | No. 02-898C |
| v. | * | Filed: December 6, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Thomas C. Wheeler with his consent.

IT IS SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge