IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO ASSIGN THE CASE TO A SINGLE JUDGE

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that this case be assigned to the same judge on the Court as the case of Entergy Nuclear Vermont Yankee, LLC, et. al. v. United States, No. 03-2663C, because these cases are directly-related to each other. This case and Entergy Nuclear Vermont Yankee had been before the same judge until this case was reassigned by order dated December 6, 2005. Defendant is filing the same motion to assign the case to a single judge in Entergy Nuclear Vermont Yankee. Although both cases are currently stayed, defendant moves now to reassign this case or Entergy Nuclear Vermont Yankee so that the cases may proceed together or be consolidated when the stays are lifted.[1]

As the Court is aware, this case is one of many currently pending in this Court in which a plaintiff has claimed damages arising from the Department of Energy's delay in beginning acceptance of spent nuclear fuel and/or high-level radioactive waste under the "Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste" published at 10 C.F.R. § 961.11. When Entergy Nuclear Vermont Yankee was originally filed, counsel for

---

[1] Pursuant to the Court's July 5, 2005, order, the case is stayed until the end of 2005.

Entergy Nuclear Vermont Yankee ("ENVY") filed a notice of directly-related case in this case, advising the Court that these two cases arose from the same Standard Contract and that there would be "overlap in witnesses and documents relied upon" by ENVY and Vermont Yankee.[2] Based upon these factors, ENVY and Vermont Yankee suggested that the assignment of their cases to a single judge on the Court "would conserve judicial resources and promote an efficient determination of the actions." Moreover, as the parties and the Court have recognized, these cases may require consolidation. Defendant requests that the cases be assigned to a single judge so that any consolidation motion, should one be filed, may be heard by a single judge.

Based upon the foregoing, defendant respectfully requests that the Court assign this case and Entergy Nuclear Vermont Yankee to a single judge.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

[2] As noted in the notice of directly-related case, the same counsel represents ENVY and Vermont Yankee.

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

December 15, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 15th day of December 2005, a copy of the foregoing "DEFENDANT'S MOTION TO ASSIGN THE CASE TO A SINGLE JUDGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan