**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 3, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, | |
| v. | No. 02-898C (Judge Wheeler) |
| **THE UNITED STATES,** Defendant. | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ASSIGN THE CASE TO A SINGLE JUDGE**

Plaintiff Vermont Yankee Nuclear Power Corporation respectfully states that it does not oppose Defendant's December 15, 2005 Motion To Assign The Case To A Single Judge, which motion seeks to transfer, pursuant to RCFC 40.1(b), the above-captioned case and Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Hodges, J.) to the same judge on this Court.

Dated: January 3, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)