**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 17, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, | |
| v. | No. 02-898C (Judge Wheeler) |
| **THE UNITED STATES,** Defendant. | |

## JOINT MOTION TO CONTINUE STAY

Plaintiff Vermont Yankee Nuclear Power Corporation and Defendant, the United States (the "Government"), respectfully request that this case remain stayed. Judge Hodges, who had been the presiding judge in this case, issued an Order on July 5, 2005 staying this case until the end of calendar year 2005 or 30 days after the United States Court of Appeals for the Federal Circuit (the "Federal Circuit") ruled upon the appeal of this Court's decision in Indiana Michigan Power Co. v. United States, No. 98-486C ("Indiana Michigan"), whichever date was later. The Federal Circuit issued its mandate in Indiana Michigan on December 2, 2005.

Plaintiff has proposed and the Government has agreed that the stay in this case be extended through June 30, 2006 because counsel for the parties have been and will be engaged during this six-month period in discovery and other pre-trial matters in several other spent nuclear fuel ("SNF") cases pending before this Court. For example, damages trials involving the undersigned counsel are currently scheduled to commence on September 11, 2006 in System Fuels, Inc. v. United States, No. 03-2624C (Braden, J.) and on October 23, 2006 in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.). Moreover, the parties agree that

there is good reason to believe that significant developments during this six-month period in other SNF cases – specifically, those cases the Chief Judge designated as "lead cases" – will help guide the Court on various issues (including, *inter alia*, the contractual rate of SNF acceptance). The potential resolution of these issues in the "lead cases" will assist the Court in resolving this case. In short, the expected developments in these "lead cases" will make litigation of this case more efficient for the parties and the Court.

Hence, for the foregoing reasons, the parties submit that an extension of the stay in this case is warranted and respectfully request that the instant motion be granted.

Dated: January 17, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan by s/ Jack Y. Chu
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585