# In the United States Court of Federal Claims

No. 02-898C

(Filed: February 7, 2006)

| | |
|---|---|
| ************************************** | * |
| | * |
| VERMONT YANKEE NUCLEAR | * |
| POWER CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

SCHEDULING ORDER

On February 6, 2006, counsel for the parties appeared before the Court for a status hearing concerning this case and the related case, *Entergy Vermont Yankee*, 03-2663C. The parties agreed that it is appropriate to proceed with dispositive motions on all issues relating to liability. Accordingly:

1. Defendant shall file its Motion for Summary Judgment on or before March 20, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment, and Cross-Motion for Summary Judgment on or before May 1, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before May 22, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before June 12, 2006;

5. Counsel specifically are referred to the procedures in Rule 56(h) of the Court's Rules regarding the preparation or stipulation of Proposed Findings of Uncontroverted Fact. Strict compliance with Rule 56(h) is expected.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge