IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-898C<br>(Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED MOTION FOR ENTRY OF THE PROTECTIVE ORDER, THE E-MAIL PRESERVATION ORDER AND THE STIPULATED ORDER GOVERNING REVIEW OF THE "RECORD INFORMATION SYSTEM" DATABASE

Defendant, the United States, respectfully requests that the Court enter the attached proposed orders -- the protective order, the e-mail preservation order and the order governing access to the "Record Information System" database -- in this case. Plaintiff, Vermont Yankee Nuclear Power Corporation, does not oppose the entry of these orders in this case.

The proposed orders are substantially similar to the orders that Judge Sypolt entered during the coordinated discovery proceedings in approximately 17 of the earliest filed spent nuclear fuel ("SNF") cases. We believe it appropriate that these orders be entered in all of the SNF cases so that the parties obligations with regard to protected material and the preservation of e-mail are the same in all of the cases. Since Judge Sypolt entered the protective order in the coordinated discovery proceedings on May 9, 2002, the same or substantially similar protective order has been entered in 18 cases.

By order dated March 23, 2004, the Court entered a protective order in this case and Entergy Nuclear Vermont Yankee v. United States, No. 03-2663C, that, although described as the protective order entered in the coordinated discovery, was not the correct protective order entered by Judge Sypolt. By order dated June 23, 2004, the Court directed that the parties

provide a revised protective order to the Court. Because the cases have been stayed since the entry of the June 23, 2004 order, the parties had not provided the Court with a revised protective order.

The proposed e-mail preservation order applies the e-mail plan adopted in the course of the coordinated discovery proceedings and limits the parties' obligations to preserve e-mail to certain backup tapes. It also sets up a cost sharing procedure for searching any such tapes. Defendant believes that the proposed order will save substantial litigation costs, promote efficiency in the prosecution of the case, and reduce discovery disputes. Since the e-mail plan was adopted by Judge Sypolt on November 8, 2001 in the coordinated discovery proceedings, the same or substantially similar proposed order has been entered in 14 other spent nuclear fuel cases.

The order governing access to the "Record Information System" database maintained by the Office of Civilian Radioactive Waste Management simply provides access to the database to counsel for the SNF plaintiffs, but enables the Government to conduct a privilege review for any documents that are selected for production. This proposed order is the same as the order entered by Judge Sypolt on February 1, 2002 in the coordinated discovery proceedings. Chief Judge Damich also entered this order on May 21, 2003, in Consumers Energy Co. v. United States, No. 02-1894C.[1]

---

[1] The Government also moved for entry of these three orders in Southern California Edison Company v. United States, No. 04-109C, and PPL Susquehanna v. United States, No. 04-70C, by motions dated September 8, 2004. Because these cases have been stayed since the filing of those motions, the orders have not yet been entered in those cases.

For the foregoing reasons, defendant respectfully requests that the Court enter the attached proposed orders in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

February 14, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 14th day of February 2006, a copy of the foregoing "DEFENDANT'S CORRECTED MOTION FOR ENTRY OF THE PROTECTIVE ORDER, THE E-MAIL PRESERVATION ORDER AND THE STIPULATED ORDER GOVERNING REVIEW OF THE 'RECORD INFORMATION SYSTEM' DATABASE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan