# In the United States Court of Federal Claims

No. 02-898C

(Filed: February 15, 2006)

|  |  |
|---|---|
| *************************************** | * |
|  | * |
| VERMONT YANKEE NUCLEAR<br>POWER CORPORATION, | *<br>* |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | * |
|  | * |
| THE UNITED STATES, | * |
|  | * |
| Defendant. | * |
|  | * |
| *************************************** | * |

ORDER

On February 14, 2006, counsel for Defendant filed with the Court a Motion For Leave To File A Corrected Motion For Entry Of The Protective Order, The E-Mail Preservation Order And The Stipulated Order Governing Review Of The "Record Information System" Database. Defendant's Motion For Leave is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge