**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 20, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 02-898C<br>(Judge Wheeler) |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Consistent with Plaintiff's March 16, 2006 motion for an enlargement of time to respond to Defendant's document requests, Plaintiff and Defendant (the "Government") respectfully request that the Court adopt the following amended briefing schedule in this case:

- Defendant's Motion for Summary Judgment: April 26, 2006 (previous date was March 20, 2006);
- Plaintiff's Response to Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment: June 1, 2006 (previous date was May 1, 2006);
- Defendant's Reply in Support of its Motion for Summary Judgment and Response to Plaintiff's Cross-Motion for Summary Judgment: June 22, 2006 (previous date was May 22, 2006);
- Plaintiff's Reply in Support of Its Cross-Motion for Summary Judgment: July 12, 2006 (previous date was June 12, 2006).

This proposed revised schedule amends the briefing schedule by adding approximately 30 days to each due date for briefs, which is consistent with Plaintiff's motion for an enlargement of time

to respond to Defendant's document requests. The parties request this additional time to complete and submit their briefs and, accordingly, respectfully request that the Court approve and adopt this schedule.

The parties request that the briefing schedule be amended to allow Plaintiff time to respond to the Government's requests for production of documents. The Government served limited production requests to allow the Government to obtain the documents the Government expects will be relevant to the Government's motions regarding liability, prior to the filing of those motions, and Plaintiff's responses to those written discovery requests were originally due by March 15, 2006. Counsel for the Government noted at the status conference convened by the Court on February 6, 2006 that limited discovery could be required. Transcript, February 6, 2006, at 39:9-21. The Government does not oppose Plaintiff's request for an enlargement to respond to the Government's production requests, to the extent that the Court permits the Government to obtain the requested discovery from Plaintiff before our motions regarding liability are due. To allow Plaintiff additional time to respond to the Government's production requests and the Government an opportunity to incorporate any relevant evidence produced into its motions, the parties respectfully request that the Court approve and adopt this schedule.

Dated: March 20, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen by s/ Jack Y. Chu
DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Jack Y. Chu
HAROLD D. LESTER, JR.

s/ Marian E. Sullivan by s/ Jack Y. Chu
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585