# In the United States Court of Federal Claims

No. 02-898C

(Filed: April 26, 2006)

```
**************************************** *
                                         *
VERMONT YANKEE NUCLEAR                   *
POWER CORPORATION,                       *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

## SECOND AMENDED SCHEDULING ORDER

On April 25, 2006, Defendant filed with the Court a Motion For An Enlargement Of Time requesting seven additional days to file its Motion for Summary Judgment. Defendant's motion is GRANTED. The briefing schedule is hereby modified as follows:

1. Defendant shall file its Motion for Summary Judgment on or before May 3, 2006;

2. Plaintiff shall file its Response to Defendant's Motion for Summary Judgment, and Cross-Motion for Summary Judgment on or before June 8, 2006;

3. Defendant shall file its Reply in Support of its Motion for Summary Judgment, and Response to Plaintiff's Cross-Motion for Summary Judgment on or before June 29, 2006;

4. Plaintiff shall file its Reply in Support of its Cross-Motion for Summary Judgment on or before July 19, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge