IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY

Pursuant to the Court's General Order 42A, defendant, the United States, respectfully requests leave of the Court to file documents under seal electronically in this case. Because documents in the appendices to the motions the Government will file today have been designated by plaintiff, Vermont Yankee Nuclear Power Corporation, as protected material pursuant to the protective order entered by the Court and because this case is designated as an electronic filing case, we require the Court's permission to file documents under seal electronically prior to any such filing. Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. For these reasons, we respectfully request that the Court enter an order allowing defendant to file documents electronically under seal in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

May 3, 2006 Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 3rd day of May 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan