# EXHIBIT 1

**VERMONT YANKEE**
**NUCLEAR POWER CORPORATION**
185 OLD FERRY ROAD, PO BOX 7002, BRATTLEBORO, VT 05302-7002
(802) 257-5271

August 21, 2002

Herbert D. Watkins, Contracting Officer
Office of Headquarters, Procurement Services
U. S. Department of Energy
Washington DC 20585

Re: Assignment of Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (U. S. Department of Energy Contract #DE-CR01-83NE 44431) for Vermont Nuclear Power Station

Dear Mr. Watkins:

Pursuant to Article XIV of the Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (U. S. Department of Energy Contract #DE-CR01-83NE 44431) (the "Contract"), this is to notify you that, with the consummation of the sale of Vermont Yankee Nuclear Power Station (the "Station"), Vermont Yankee Nuclear Power Corporation has transferred its title to Spent Nuclear Fuel Fuel and High-Level Radioactive Waste (as defined in the Contract) and, except as noted below, its rights and duties under the Contract to Entergy Nuclear Vermont Yankee, LLC, the new owner of the Station, effective July 31, 2002.

Vermont Yankee Nuclear Power Corporation, pursuant to the Purchase and Sale Agreement for the Station, has retained the rights to any and all damages and other remedies that might accrue under from the Department of Energy's breach of its obligations under the Contract to the extent of the one-time fee for fuel used to generate electricity prior to April 7, 1983.

Sincerely,
VERMONT YANKEE NUCLEAR POWER CORPORATION

By Bruce W. Wiggett
Bruce W. Wiggett
President

cc: Ms. Nancy S. Malmquist, Esq., Downs Rachlin & Martin
Mr. John Ritsher, Esq., Ropes & Gray
Mr. Jay Silberg, Esq., Shaw-Pittman
Mr. Paul Gauron, Esq., Goodwin-Procter
Mr. Michael R. Kansler, Entergy Nuclear Vermont Yankee

CERTIFICATE OF FILING

I hereby certify that on the 3rd of May 2006, a copy of the foregoing "DEFENDANT'S MOTION TO CONSOLIDATE OR, IN THE ALTERNATIVE, FOR ISSUANCE OF A SUMMONS PURSUANT TO RCFC 14(a) AND NOTICE PURSUANT TO RCFC 14(b)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan