IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, Plaintiffs, | ) | |
| v. | ) | No. 02-898C (Judge Wheeler) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time to file its motions for summary judgment regarding the effect of plaintiff's failure to pay its one-time fee upon the rights and responsibilities of the parties in this partial breach action and the validity of plaintiff's assignment of its Standard Contract until the Court grants defendant's motion for leave to file documents under seal electronically. Pursuant to the Court's Second Amended Scheduling Order, issued April 26, 2006, defendant's motions are due today, May 3, 2006. The Court previously granted an enlargement of time of seven days for this purpose. Counsel for plaintiff, Vermont Yankee Nuclear Power Corp. ("Vermont Yankee"), has indicated that plaintiff does not oppose this motion.[1]

As indicated in defendant's motion for leave, the appendices to the Government's motions contain material, including a copy of the purchase and sale agreement between Vermont Yankee and Entergy Nuclear Vermont Yankee, L.L.C., that Vermont Yankee has designated as

[1] Counsel for Vermont Yankee has also indicated that Vermont Yankee does not oppose defendant's motion for leave to file documents under seal electronically.

protected material pursuant to the protective order entered by the Court. It was unclear from Vermont Yankee's production of this document whether Vermont Yankee had designated this agreement as subject to the protective order. Counsel for Vermont Yankee clarified yesterday that the purchase and sale agreement was to be considered protected material. Pursuant to paragraph 7 of General Order 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Accordingly, defendant may not file its motions under seal until the Court grants defendant's motion for leave.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time to file our motions regarding liability until such time as the Court grants our motion for leave to file documents under seal electronically.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

May 3, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 3rd day of May 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan