# In the United States Court of Federal Claims

No. 02-898C

(Filed: May 4, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On May 3, 2006, Defendant filed with the Court a Motion For Leave To File Documents Under Seal Electronically, and an Unopposed Motion For An Enlargement Of Time to file its Motions For Summary Judgment until the aforementioned Motion For Leave is decided. Defendant's Motions are GRANTED.

Accordingly, Defendant shall file its Motions For Summary Judgment on May 4, 2006. The subsequent due dates established in the Second Amended Scheduling Order issued April 26, 2006 shall remain in effect.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge