NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 016001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power St
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ___; Rail X; Barge ___
2.4 Proposed Delivery Date: 2001
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 96
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 11.9 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 67 PWR ___ Other ___

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] — Authorized Purchaser Signature — Date: 25 September 1997

3.2 Rudolph M. Grube — Name (Please Type or Print)

3.3 Director, Fuel Management Department — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] — Technical Representative — Title — Date: 1/4/98

4.2 [signature] — Contracting Officer — Date

SFL-CONT-1061.pdf

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/03

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 026001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power Sta
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 2002
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 97
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 8.6 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 48 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 25 September 1992
Authorized Purchaser Signature — Date

3.2 Rudolph M. Grube
Name (Please Type or Print)

3.3 Director, Fuel Management Department
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

Technical Representative — Title — Date

4.2 Contracting Officer — Date

SFL-CONT-1061.pdf

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 036001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power St
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 2003
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 98
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 27.4 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 154 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 25 September 1992
Authorized Purchaser Signature — Date

3.2 Rudolph M. Grube — Name (Please Type or Print)
3.3 Director, Fuel Management Department — Title (Please Type or Print)

**TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.**

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
Technical Representative; Title; Date: 12/4/92

4.2 Contracting Officer; Date

SFL-CONT-1061.pdf

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 046001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power St
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.4 Proposed Delivery Date: 2004
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 99
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 25.6 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 144 PWR ____ Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] 25 September 1992
Authorized Purchaser Signature — Date

3.2 Rudolph M. Grube
Name (Please Type or Print)

3.3 Director, Fuel Management Department
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] [signature] 12/4/92
Technical Representative — Title — Date

4.2 [signature] [signature]
Contracting Officer — Date

SFL-CONT-1061.pdf

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy



VYNPC DOJ 1ST RFP 6-69

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 056001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power St
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ___; Rail X; Barge ___
2.4 Proposed Delivery Date: 2005
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 90
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 16.9 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 93 PWR ___ Other ___

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — 25 September 1992
Authorized Purchaser Signature — Date

3.2 Rudolph M. Grube
Name (Please Type or Print)

3.3 Director, Fuel Management Department
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — [handwritten title] — [handwritten date]
Technical Representative — Title — Date

4.2 ___
Contracting Officer — Date

SFL-CONT-1061.pdf

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: 076001443101

1.2 Contact Person:
(a) Name: J. M. Buchheit
(b) Telephone (Include Area Code): (508)779-6711

1.3 Contract Number: DE-CR01-83NE44431

1.4 Reactor/Facility Information:
(a) Name: Vermont Yankee Nuclear Power St
(b) Address: Governor Hunt Road
(c) City, State & Zip Code: Vernon, Vermont 05354

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 110
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.4 Proposed Delivery Date: 2007
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 1 17 73 to 1 1 02
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 22.1 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 124 PWR ____ Other ____

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] Authorized Purchaser Signature — 25 September 1992 Date

3.2 Rudolph M. Grube — Name (Please Type or Print)

3.3 Director, Fuel Management Department — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE

[signature] Technical Representative — Title — Date

4.2 [signature] Contracting Officer — Date

SFL-CONT-1061.pdf

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**VERMONT YANKEE**
**NUCLEAR POWER CORPORATION**
185 OLD FERRY ROAD, PO BOX 7002, BRATTLEBORO, VT 05302-7002
(802) 257-5271

August 21, 2002

Herbert D. Watkins, Contracting Officer
Office of Headquarters, Procurement Services
U. S. Department of Energy
Washington DC 20585

Re: Assignment of Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (U. S. Department of Energy Contract #DE-CR01-83NE 44431) for Vermont Nuclear Power Station

Dear Mr. Watkins:

Pursuant to Article XIV of the Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (U. S. Department of Energy Contract #DE-CR01-83NE 44431) (the "Contract"), this is to notify you that, with the consummation of the sale of Vermont Yankee Nuclear Power Station (the "Station"), Vermont Yankee Nuclear Power Corporation has transferred its title to Spent Nuclear Fuel Fuel and High-Level Radioactive Waste (as defined in the Contract) and, except as noted below, its rights and duties under the Contract to Entergy Nuclear Vermont Yankee, LLC, the new owner of the Station, effective July 31, 2002.

Vermont Yankee Nuclear Power Corporation, pursuant to the Purchase and Sale Agreement for the Station, has retained the rights to any and all damages and other remedies that might accrue under from the Department of Energy's breach of its obligations under the Contract to the extent of the one-time fee for fuel used to generate electricity prior to April 7, 1983.

Sincerely,
VERMONT YANKEE NUCLEAR POWER
CORPORATION

By Bruce W. Wiggett
Bruce W. Wiggett
President

cc: Ms. Nancy S. Malmquist, Esq., Downs Rachlin & Martin
Mr. John Ritsher, Esq., Ropes & Gray
Mr. Jay Silberg, Esq., Shaw-Pittman
Mr. Paul Gauron, Esq., Goodwin-Procter
Mr. Michael R. Kansler, Entergy Nuclear Vermont Yankee

VY-GFR-0000000002

PROTECTED AND CONFIDENTIAL MATERIAL
TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS
PROTECTIVE ORDER



file copy

01/25/2006 09:27

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
**(NE44431) Vermont Yankee Nuclear Power Corporation**
Fiscal Quarter: 10/01/2005 thru 12/31/2005



| | Vermont Yankee (6001) | Contract Total |
|---|---|---|
| Net KWH Payments thru Prior Quarter: | 78,231,298.36 | 78,231,298.36 |
| KWH Payments to DOE this Quarter: | | |
| KWH Fees | 991,693.00 | 991,693.00 |
| Adjustments | 0.00 | 0.00 |
| Less KWH Fee Credits/Refunds this Quarter: | | |
| KWH Fee Credits | 0.00 | 0.00 |
| KWH Fee Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| Net KWH Payments to Date | 79,222,991.36 | 79,222,991.36 |
| KWH Interest Credits/Refunds thru Prior Quarter: | 889,375.17 | 889,375.17 |
| KWH Interest Credits/Refunds this Quarter: | | |
| KWH Interest Credits | 0.00 | 0.00 |
| KWH Interest Refunds | 0.00 | 0.00 |
| Adjustments | 0.00 | 0.00 |
| KWH Interest Credits/Refunds to Date | 889,375.17 | 889,375.17 |
| KWH Penalties Assessed thru Prior Quarter: | 2,805.80 | 2,805.80 |
| KWH Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Assessed | 2,805.80 | 2,805.80 |
| KWH Penalties Paid thru Prior Quarter: | 2,805.80 | 2,805.80 |
| KWH Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total KWH Penalties Paid to Date | 2,805.80 | 2,805.80 |
| **BALANCE of KWH Penalties DUE** | 0.00 | 0.00 |

Consolidated Accounting and Investment System
Nuclear Waste Fund
Quarterly Statement of Payments
(NE44431) Vermont Yankee Nuclear Power Corporation (continued)
Fiscal Quarter: 10/01/2005 thru 12/31/2005

| | Vermont Yankee (6001) | Contract Total |
|---|---|---|
| SNF Penalties Assessed thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Assessed this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Assessed | 0.00 | 0.00 |
| SNF Penalties Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Penalties Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Penalties Paid to Date | 0.00 | 0.00 |
| BALANCE of SNF Penalties DUE | 0.00 | 0.00 |
| SNF Principal Due thru Prior Quarter: | 39,284,623.69 | 39,284,623.69 |
| SNF Principal Due this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Due | 39,284,623.69 | 39,284,623.69 |
| SNF Interest Accrued thru Prior Quarter: | 88,289,974.92 | 88,289,974.92 |
| SNF Interest Accrued this Quarter | 1,150,085.01 | 1,150,085.01 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Accrued | 89,440,059.93 | 89,440,059.93 |
| Total SNF Principal & Interest Due | 128,724,683.62 | 128,724,683.62 |
| SNF Principal Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Principal Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Principal Paid to Date | 0.00 | 0.00 |
| SNF Interest Paid thru Prior Quarter: | 0.00 | 0.00 |
| SNF Interest Paid this Quarter | 0.00 | 0.00 |
| Adjustments this Quarter | 0.00 | 0.00 |
| Total SNF Interest Paid to Date | 0.00 | 0.00 |
| Total SNF Principal & Interest Paid to Date | 0.00 | 0.00 |
| BALANCE of SNF Principal & Interest Due | 128,724,683.62 | 128,724,683.62 |

84