**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on May 19, 2006)

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, | ) | |
| v. | ) | No. 02-898C (Judge Wheeler) |
| **THE UNITED STATES,** Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Vermont Yankee Nuclear Power Corporation, and by and through the undersigned counsel, respectfully requests an enlargement of time of seventeen days from May 22, 2006 through June 8, 2006 within which to file its response to Defendant's (the "Government") May 3, 2006 Motion To Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b). Plaintiff's response to the Government's motion to consolidate is currently due on May 22, 2006. This is the first enlargement sought by Plaintiff for the submission of its response to the Government's motion. Counsel for Plaintiff has spoken with counsel for the Government, Marian E. Sullivan, who has represented that the Government does not oppose this motion for enlargement.

Counsel for Plaintiff needs an enlargement of time for at least three reasons. First, per the Court's May 2, 2006 Order, Plaintiff is scheduled to file responses to the Government's May 3, 2006 motions for summary judgment (and any cross-motions for summary judgment) on or before June 8, 2006. Plaintiff expects some overlap in substance between its response to the Government's motion to consolidate and Plaintiff's summary judgment briefs. Thus, in order to

coordinate these filings, Plaintiff wishes to defer responding on consolidation until it has fully formulated and prepared a response regarding summary judgment. Second, Plaintiff and the plaintiffs in Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (the case with which the Government seeks to consolidate the instant action) have been engaged in discussions regarding the potential consolidation of their cases and need more time to formulate their position on the issue. Third, the undersigned counsel for Plaintiff has been and will be engaged in multiple out-of-town depositions in Minnesota (and in preparations thereof) in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.) during the next two weeks.

Thus, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of seventeen days from May 22, 2006 through June 8, 2006 within which to file its response to the Government's motion to consolidate.

Dated: May 19, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)