# In the United States Court of Federal Claims

No. 02-898C

(Filed: May 22, 2006)

```
****************************************** *
                                           *
VERMONT YANKEE NUCLEAR                     *
POWER CORPORATION,                         *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

## ORDER

On May 19, 2006, counsel for Plaintiff, Vermont Yankee Nuclear Power Corporation, filed an Unopposed Motion for Enlargement of Time. The motion requests an additional seventeen days, to and including June 8, 2006, to respond to Defendant's May 3, 2006 Motion to Consolidate Or, In The Alternative, For Issuance Of A Summons Pursuant To RCFC 14(a) And Notice Pursuant To RCFC 14(b). For good cause shown, the motion is hereby GRANTED.

**IT IS SO ORDERED.**

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge