**Department of Energy**
Washington, DC 20585

DEC 0 6 1993

NOTE:

This DCS submission corrected (See DOE Letter dated Feb. 23, 1996)

Mr. David P. Austin
Superintendent, Nuclear Fuel Procurement
Fuel Resources Department
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401-1993

Dear Mr. Austin:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Northern States Power Company dated September 21, 1993, (DCS number 99-3302-4400-01) for spent nuclear fuel from Prairie Island Nuclear Plant. A copy of the approved DCS is enclosed for your records.

If you have any questions concerning this action, please contact Doug Baptist of my staff on (202) 634-4427 or Nancy Slater of the Department's Office of Civilian Radioactive Waste Management on (202) 586-8320.

Beth Tomasoni
Beth Tomasoni
Contracting Officer
Office of Placement and
Administration

Enclosure

cc: John W. Closs

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: [illegible]

1.2 Contact Person:
(a) Name: [illegible]
(b) Telephone (include Area Code): [illegible]

1.3 Contract Number: [illegible]

1.4 Reactor/Facility Information:
(a) Name: [illegible]
(b) Address: [illegible]
(c) City, State & Zip Code: [illegible]

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): [illegible]
2.2 Shipping Lot Number: **(Not Required) (Assigned by DOE)**
2.3 Proposed Shipping Mode: Truck____; Rail [illegible]; Barge____
2.4 Proposed Delivery Date: [illegible]
2.5 DOE Assigned Delivery Commitment Date: **(Not Required) (Assigned by DOE)**
2.6 Range of Discharge Dates: [illegible] to [illegible]
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) [illegible] (Discharged) **(Not Required)**
2.8 Number of Assemblies: BWR ____ PWR [illegible] Other [illegible]

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature; Date: [illegible] 1993

3.2 [illegible] — Name (Please Type or Print)

3.3 [illegible] President - Nuclear Generat[illegible] — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] — Technical Representative; Title: [illegible]; Date: Oct. 20, 1993

4.2 [signature] — Contracting Officer; Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

JAN 18 1995

NOTE:
This DCS submission corrected (See DOE Letter dated Feb. 23, 1996)

Mr. D. P. Austin
Superintendent Nuclear Fuel Procurement
Fuel Resources Department
Northern States Power Company
414 Nicollet Mall, REN SQ 10
Minneapolis, MN 55401

Dear Mr. Austin:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) submitted by Northern States Power Company dated September 12, 1994, (DCS number 99-3302-4400-01) for spent nuclear fuel from Prairie Island 2. A copy of the approved DCS is enclosed for your records.

Please note that the DCS Identification Number (Item 1.1) has been changed from 99-3302-4400-01 to 00-3302-4400-01 as a result of a phone conservation between Mr. John Closs of Northern States Power Company and Mr. Phil Smith of DOE on October 27, 1994. This change brings the DCS into compliance with the DCS Instructions which state that the first two digits of the DCS Identification Number correspond with the last two digits of the delivery year (Item 2.4).

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4427 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Beth Tomasoni
Contracting Officer
Office of Placement and Administration

cc: John Closs



Printed with soy ink on recycled paper

NWPA-830C

OMB No.: 1901-0260
Expires: 11/30/93

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Cont for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public report burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 DCS Identification Number: ~~OD 99~~-3302-4400-01

1.2 Contact Person:
(a) Name: John W. Closs
(b) Telephone (include Area Code): 612/337-2016

1.3 Contract Number: DE-CR01-83-NE44400

1.4 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr E
(c) City, State & Zip Code Welch, MN 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Shipping Lot Number: (Not Required) (Assigned by DOE)
2.3 Proposed Shipping Mode: Truck ______; Rail X ; Barge ______
2.4 Proposed Delivery Date: 2000
2.5 DOE Assigned Delivery Commitment Date: (Not Required) (Assigned by DOE)
2.6 Range of Discharge Dates: 01 17 90 to 05 07 94
(Earliest to Latest) Mo / Day / Yr to Mo / Day / Yr
2.7 Metric Tons Uranium: (Initial) 83.50 (Discharged) (Not Required)
2.8 Number of Assemblies: BWR 0 PWR 223 Other ______

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — September 12, 1994 Date

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Vice President Nuclear Generation — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE APPROVAL

4.1 Approved by DOE
[signature] Technical Representative — Team Leader Title — 12-2-94 Date

4.2 [signature] Contracting Officer — 1/11/95 Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Northern States Power Company

414 Nicollet Mall
Minneapolis, Minnesota 55401
Telephone (612) 330-7719

Edward L. Watzl
Vice President
Nuclear Generation

September 29, 1995

DCSs
99-3302-4400-01
00-3302-4400-01

Incoming

US Department of Energy
Attn.: Ms. Beth Tomasoni
DOE Contracting Officer
Office of Placement and Administration
PR-322.1
1000 Independence Avenue, S. W.
Washington DC 20585

Dear Ms. Tomasoni,

In 1994, the Minnesota Legislature enacted legislation which may affect Northern States Power Company's (NSP) plans to deliver spent nuclear fuel in accordance with previously submitted Delivery Commitment Schedules (DCS). Minnesota statutes require fuel which is stored in dry containers be shipped prior to fuel which is stored in plant pools. NSP had previously been planning to ship pool-stored fuel prior to container-stored fuel. The current language of the statute may impact NSP's discretion in selecting the sequence of assemblies which will be shipped off-site.

In addition, NSP discovered a typographical error in its 1994 submittal. Item 2.8, "Number of Assemblies: PWR," was incorrectly reported as 223 instead of 233.

Copies of NSP's 1993 and 1994 DCS's are attached for your reference, as well as NSP's revised DCS's for both years. Besides correcting the typographical error noted above, Item 2.6, "Range of Discharge Dates (Earliest)," was changed:

a. On the 1993 DCS, from 2-18-92 to 3-3-73.

b. On the 1994 DCS, from 1-17-90 to 3-3-73.

Please review the revised submittals and consider their approval.

If you have any questions, please call me, or call John Closs at 612/337-2016.

Sincerely,

Edward L. Watzl
Vice President
Nuclear Generation

Department of Energy
Washington, DC 20585

FEB 23 1996

Mr. John W. Closs
Special Nuclear Program Consultant
Fuel Resources Department
Northern States Power Company
414 Nicollet Mall, REN SQ 10
Minneapolis, MN 55401

Dear Mr. Closs:

The Department of Energy (DOE) has reviewed and approved the exchange of Delivery Commitment Schedules (DCS) 99-3302-4400-01 and 00-3302-4400-01, dated September 29, 1995, submitted by Northern States Power Company for spent nuclear fuel from Prairie Island 1. These DCSs are exchanged with the DCSs with the same numbers dated September 21, 1993 and September 12, 1994, respectively, previously approved. A copy of the approved DCSs are enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration



Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 99-3302-4400-01

1.3 Contact Person:
(a) Name: John Closs
(b) Telephone: ( 612 ) 337-2016

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 1999 **
2.4 Range of Discharge Dates: 03 03 73 to 11 03 93
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 26.13
2.6 Number of Assemblies: BWR 0 PWR 73 Other ____

**The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

### 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.

3.1 [signature] — Authorized Purchaser Signature — Date: September 29, 1995

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Vice President Nuclear Generation — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] — Technical Representative — Title — Date: 12/15/95

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY

## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 00-3302-4400-01

1.3 Contact Person:
(a) Name: John Closs
(b) Telephone: ( 612 ) 337-2016

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2000 *
2.4 Range of Discharge Dates: 03 03 73 to 05 07 94
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 83.50
2.6 Number of Assemblies: BWR 0 PWR 233 Other ____

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the act.

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in Item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] Authorized Purchaser Signature — Date: September 29, 1995

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Vice President Nuclear Generation — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] Technical Representative — Title — Date: 12/15/95

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Department of Energy
Washington, DC 20585

FEB 2 3 1996

Mr. John W. Closs
Special Nuclear Program Consultant
Fuel Resources Department
Northern States Power Company
414 Nicollet Mall, REN SQ 10
Minneapolis, MN 55401

Dear Mr. Closs:

The Department of Energy (DOE) has reviewed and approved the Delivery Commitment Schedule (DCS) 01-3302-4400-01, dated September 29, 1995, submitted by Northern States Power Company for spent nuclear fuel from Prairie Island 1. A copy of the approved DCS is enclosed for your records. The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed pursuant to law.

If you have any questions, please contact Doug Baptist of my staff on (202) 634-4455 or Phil Smith, Office of Civilian Radioactive Waste Management, on (202) 586-5646.

Sincerely,

Beth A. Tomasoni

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration



Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 01-3302-4400-01

1.3 Contact Person:
(a) Name: John Closs
(b) Telephone: ( 612 ) 337-2016

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr E
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ___; Rail X ; Barge ___
2.3 Proposed Delivery Year: 2001 *
2.4 Range of Discharge Dates: 03 03 73 to 05 12 95
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 29.9
2.6 Number of Assemblies: BWR 0 PWR 84 Other ___

*The proposed delivery date is dependent upon the existence of an operational repository or an interim storage facility constructed under the Act.

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] September 29, 1995
Authorized Purchaser Signature — Date

3.2 E. L. Watzl
Name (Please Type or Print)

3.3 Vice President Nuclear Generation
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

4.2 [signature] 12/15/95
Technical Representative — Title — Date

Contracting Officer — Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 [illegible], DOE-EIA; 1 Goldenrod, Utility Copy

**Department of Energy**
Washington, DC 20585

MAR 13 1997

DCS
02-3302-4022-01

Mr. E. L. Watzl
Vice President, Nuclear Generation
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Watzl:

The Department of Energy has received your Delivery Commitment Schedule (DCS) submitted pursuant to Article V.B of the **Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.**

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

As you know, my letter of December 17, 1996, invited submission of views by all contract holders on how the anticipated delay can best be accommodated. The Department looks forward to receipt of those views by March 14, 1997, and will advise you promptly of further developments in this program as they occur.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
John Closs



Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser:
Northern States Power Company

1.2 DCS Identification Number:
02-3302-4400-01

1.3 Contact Person:
(a) Name: John Closs
(b) Telephone: ( 612 ) 337-2016

1.4 Contract Number:
DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr. E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: 2002
2.4 Range of Discharge Dates: 03 03 73 (Mo/Day/Yr) to 01 22 97 (Mo/Day/Yr)
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 33.9
2.6 Number of Assemblies: BWR ____ PWR 96 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: September 27, 1996

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Vice President Nuclear Generation — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☒ Approved ☐ Disapproved

Void 2/27/97 DK

4.2 [signature] — Technical Representative — Title: OTR — Date: 12/30/96

[signature] — Contracting Officer — Date: 1/14/97 VOID 3/13/97 BB



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Department of Energy
Washington, DC 20585

FEB 11 1998

Mr. John W. Closs
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Closs:

The Department of Energy has received your Delivery Commitment Schedule (DCS) for Prairie Island Nuclear Generating Plant, DCS number 03-3302-4400-01 submitted pursuant to Article V.B of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste.

We are also in receipt of your Final Delivery Schedule CY 1999 for Prairie Island Nuclear Generating Plant under contract number DE-CR01-83-NE44400.

The Department is not able at this time to approve your submittals. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at (202) 426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at (202) 586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc:
Michael D. Wadley



Printed with soy ink on recycled paper

NWPA-830C
Revised 09/10/93

OMB NO.: 1901-0260
Expires: 5/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave. S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Puchaser: Northern States Power Company

1.2 DCS Identification Number: 03-3302-4400-01

1.3 Contact Person:
(a) Name: John W. Closs
(b) Telephone: 612-337-2016

1.4 Contract Number: DE-CR01-83NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island 1
(b) Address: I-90 to US-52 North to MN-20 North to US-61 East to CR-18 to Site Access Rd
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: ☐ Truck ☒ Rail ☐ Barge
2.3 Proposed Delivery Year: 2003
2.4 Range of Discharge Date: 03/03/73 to 10/18/97
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 17.6
2.6 Number of Assemblies: BWR ______ PWR 50 Other ______

## 3.0 CERTIFICATIONS

Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legan right to deliver such spent nuclear fuel to DOE.

3.1 ______________________ 09/30/97
Authorized Purchaser Signature — Date

3.2 Michael D. Wadley
Name (Please Type or Print)

3.3 Vice President Nuclear Generation
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved ☒ Pending

4.2 ______________________
Technical Representative — Title — Date

______________________
Contracting Officer — Date

Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

Northern States Power Company

414 Nicollet Mall
Minneapolis, Minnesota 55401-1993
Telephone (612) 330-7704

Edward L. Watzl
Executive Vice President

September 30, 1998

U.S. Department of Energy
Attn: Ms. Beth Tomasoni
DOE Contracting Officer
Office of Placement and Administration
PR-322.2
1000 Independence Avenue, S.W.
Washington, DC 20585

Dear Ms. Tomasoni:

Enclosed are Northern States Power Company's Delivery Commitment Schedule (NWPA-830C) and Final Delivery Schedule (Appendix D). The Delivery Commitment Schedule is for fuel to be delivered to the DOE in the year 2004, and the final Delivery Schedule is for fuel to be delivered to the DOE in the year 2000.

Please review the revised submittals and consider their approval.

If you have any questions, please call Jon Kapitz at 612-388-6758.

Sincerely,

E L Watzl

c: Jon Kapitz

NWPA-830C
Revised 09/10/93

OMB No.: 1901-0260
Expires: 05/31/97

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Statistical Standards, EI-73, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

## 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 04 ~~05~~-3302-4400-01

1.3 Contact Person:
(a) Name: Jon Kapitz
(b) Telephone: ( 612 ) 388-6758

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Dr. E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

## 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X ; Barge ____
2.3 Proposed Delivery Year: ~~XXXX~~ 2004
2.4 Range of Discharge Dates: 03 03 73 Mo/Day/Yr to 10 18 97 Mo/Day/Yr
(Earliest to Latest)
2.5 Metric Tons Uranium: (Initial) 32.51
2.6 Number of Assemblies: BWR ____ PWR 92 Other ____

## 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (identified in item 1.3 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 [signature] — Authorized Purchaser Signature — Date: September 30, 1998

3.2 E. L. Watzl — Name (Please Type or Print)

3.3 Executive Vice President — Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the Unites States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

## 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____ Technical Representative ____ Title ____ Date

____ Contracting Officer ____ Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy

# APPENDIX D

## FINAL DELIVERY SCHEDULE

(To be submitted to DOE by Purchaser for each designated Purchaser Delivery site not later than twelve (12) months prior to estimated date of first delivery.)

Purchaser: Northern States Power Company

Contract Number/Date DE-CR01-83-NE44400 / 9/30/98

Reactor/Facility Name Praire Island Nuclear Generating Plant

Location:

Street 1717 Wakonade Drive East

City Welch

County/State Goodhue / Minnesota

Zip Code 55089

Type(s) cask(s) required: 125 Ton # Assembilies per cask 24

Shipping Lot Number ______ (Assigned by DOE)

Shipping Mode: Truck ___ Rail X Barge ___

Metric Tons Urainum: (Initial) 83.50 (Discharged) 83.50

Range of Discharge Date(s) (Earliest to Latest) 03 / 03 / 73 To 5 / 7 / 94
Mo Day Yr Mo Day Yr
(From approved commitment schedule)

Number of Assemblies:

BWR ______

PWR 233

Other ______

Purchaser's Delivery Estimate First 01 / 01 / 2000 (Mo Day Yr) Last 12 / 31 / 2000 (Mo Day Mo)

APPENDIX D

Unless otherwise agreed to in writing by DOE, the Purchaser shall furnish herewith to DOE suitable proof of ownership of the SNF and/or HLW to be delivered hereunder. The Purchaser shall notify DOE in writing at the earliest practicable date of any change in said ownership.

To confirm acceptability of delivery date(s):

Purchaser Contact Jon Kapitz Title Project Manager
Phone 612-388-6758

DOE Contact Dave Zabransky Title ____________
Phone 202-586-9198

Any false, fictitious or fraudulent statement may be punishable by fine or imprisonment (U.S. Code, Title 18, Section 1001).

By Purchaser: [signature]

| | | |
|---|---|---|
| Signature | Executive Vice President | 9/30/98 |
| | Title | Date |

Approved by DOE:

| | | |
|---|---|---|
| Technical Representative | Title | Date |
| Contracting Officer | | Date |

**Department of Energy**
Washington, DC 20585

November 6, 1998

DCS 98-7302-0002-39

Mr. Ed L. Watzl
Executive Vice President
Northern States Power Company
414 Nicollet Mall
Minneapolis, MN 55401

Dear Mr. Watzl:

The Department of Energy received your Delivery Commitment Schedule (DCS) for the Prairie Island Nuclear Plant (contract number DE-CR01-83NE44400), in 2004 submitted pursuant to Article V. B., and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/ or High-Level Radioactive Waste (10 CFR 961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0076, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Beth A. Tomasoni
Contracting Officer
Office of Placement and Administration

cc: Jon Kapitz



Printed with soy ink on recycled paper

**Department of Energy**
Washington, DC 20585

April 3, 2000

Michael D. Wadley
President, Nuclear Generation
Northern States Power
414 Nicollet Mall
Minneapolis, MN 55401-1993

Dear Mr. Wadley:

The Department of Energy received your Delivery Commitment Schedule (DCS) for Prairie Island Nuclear Plant Unit #1, DCS number 05-3302-4400-01 (contract number DE-CR01-83NE44400) for 2005. The DCS was submitted pursuant to Article V.B. and Appendix C "Delivery Commitment Schedule" of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10CFR961).

The Department is not able at this time to approve your DCS submittal. Consequently, the Department hereby waives until further notice the contract requirement that you provide a revised schedule within 30 days.

If you have any questions regarding this matter, please contact me at 202-426-0045, or Mr. Dave Zabransky, Office of Civilian Radioactive Waste Management, at 202-586-9198.

Sincerely,

Arnold A. Gjerstad
Contracting Officer
Headquarters Procurement Services

cc: Jon Kapitz

A-830C
(Revised 05/97)

OMB No. 1901-0260
Expires: 07/31/00

# U.S. DEPARTMENT OF ENERGY
## APPENDIX C - DELIVERY COMMITMENT SCHEDULE

This information is being collected under mandatory authorities vested in the U.S. Department of Energy under Public Law 97-425 and Article V.B. of the Standard Contract for Disposal of Spent Nuclear Fuel and/or High Level Radioactive Waste (10 CFR 961). Data collected on this form are not considered to be confidential. Public reporting burden for this collection of information is estimated to average 5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Statistics and Methods Group, EI-70, 1000 Independence Ave., S.W., Washington, D.C. 20585 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503. According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

### 1.0 IDENTIFICATION INFORMATION

1.1 Name of Purchaser: Northern States Power Company

1.2 DCS Identification Number: 05-3302-4400-01

1.3 Contact Person:
(a) Name: Jon Kapitz
(b) Telephone: (651) 388-1121

1.4 Contract Number: DE-CR01-83-NE44400

1.5 Reactor/Facility Information:
(a) Name: Prairie Island Nuclear Plant
(b) Address: 1717 Wakonade Drive E.
(c) City: Welch
(d) State: MN (e) Zip Code: 55089

### 2.0 DELIVERY COMMITMENT INFORMATION

2.1 Type Cask Required (Maximum loaded lifting weight, in tons): 125
2.2 Proposed Shipping Mode: Truck ____; Rail X; Barge ____
2.3 Proposed Delivery Year: 2005
2.4 Range of Discharge Dates: 03 03 73 to 04 17 99
(Earliest to Latest) Mo/Day/Yr to Mo/Day/Yr
2.5 Metric Tons Uranium: (Initial) 43.23
2.6 Number of Assemblies: BWR ____ PWR 120 Other ____

### 3.0 CERTIFICATIONS

**Purchaser hereby certifies that the spent nuclear fuel to be delivered pursuant to this Delivery Commitment Schedule is of domestic origin, has been discharged from a civilian nuclear power reactor, is covered by Purchaser's Contract (Identified in Item 1.4 above) and that purchaser has the legal right to deliver such spent nuclear fuel to DOE.**

3.1 Michael D. Wadley [signature] 9/8/99
Authorized Purchaser Signature Date

3.2 Michael D. Wadley
Name (Please Type or Print)

3.3 President - NSP Nuclear Generation
Title (Please Type or Print)

TITLE 18 USC 1001 makes it a crime for any person to knowingly and willfully make to any agency of the United States any false, fictitious, or fraudulent statements as to any matter within its jurisdiction.

### 4.0 NOTIFICATION OF DOE ACTION

4.1 ☐ Approved ☐ Disapproved

4.2 ____________________
Technical Representative Title Date

____________________
Contracting Officer Date



Copy Distribution: 1 White, DOE-Contracting Officer; 2 Blue, DOE-OCRWM; 1 Pink, DOE-EIA; 1 Goldenrod, Utility Copy