DOE/RW-0567

# Acceptance Priority Ranking & Annual Capacity Report



**U.S. Department of Energy**

Office of Civilian Radioactive Waste Management

**July 2004**

# ACCEPTANCE PRIORITY RANKING

# &

# ANNUAL CAPACITY REPORT

U.S. DEPARTMENT OF ENERGY
OFFICE OF CIVILIAN RADIOACTIVE WASTE MANAGEMENT
WASHINGTON, DC 20585

JULY 2004

# CONTENTS

1.0 INTRODUCTION ....................................................................................................1
1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING......................1
1.2 BASIS FOR THE ANNUAL CAPACITY REPORT ...............................2
Table 1 – Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel .....2
Table 2 – Summary of Purchasers' Annual Allocations (MTU) ............................3
1.3 SUBMITTAL OF COMMENTS ON THIS REPORT ..............................4

REFERENCES ...............................................................................................................5

APPENDIX – A 2004 ACCEPTANCE PRIORITY RANKING .............................A.1
APPENDIX – B ANNUAL ACCEPTANCE CAPACITY ALLOCATIONS FOR THE DISPOSAL OF SPENT NUCLEAR FUEL .........................B.1

# ACCEPTANCE PRIORITY RANKING
# &
# ANNUAL CAPACITY REPORT

## 1.0 INTRODUCTION

The Nuclear Waste Policy Act of 1982, as amended (the Act)[1], assigns the Federal Government the responsibility for the disposal of spent nuclear fuel and high-level waste. Section 302(a) of the Act authorizes the Secretary to enter into contracts* with the owners and generators** of commercial spent nuclear fuel and/or high-level waste. *The Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste*[2] (Standard Contract) established the contractual mechanism for the Department's acceptance and disposal of spent nuclear fuel and high-level waste. It includes the requirements and operational responsibilities of the parties to the Standard Contract in the areas of administrative matters, fees, terms of payment, waste acceptance criteria, and waste acceptance procedures. The Standard Contract provides for the acquisition of title to the spent nuclear fuel and/or high-level waste by the Department, its transportation to Federal facilities, and its subsequent disposal.

The Standard Contract requires the Department to issue an annual Acceptance Priority Ranking (APR) report and an Annual Capacity Report (ACR). The APR establishes the order in which the Department allocates the projected acceptance capacity for commercial spent nuclear fuel. The ACR applies projected nominal acceptance rates for the system to the APR, resulting in individual allocations for the owners and generators expressed in metric tons of uranium (MTU). These capacity allocations form the basis for the Purchasers' submittal of Delivery Commitment Schedules (DCS). As specified in the Standard Contract, the ACR is for planning purposes only and, thus, is not contractually binding on either DOE or the Purchasers.

## 1.1 BASIS FOR THE ACCEPTANCE PRIORITY RANKING

As required by the Standard Contract, the APR is based on the date the spent nuclear fuel was permanently discharged, with the oldest spent nuclear fuel, on an industry-wide basis, given the highest priority. The phrase "date the spent nuclear fuel was permanently discharged" means the date the reactor went subcritical for the purpose of permanently discharging the spent nuclear fuel, as reported to the Department by the Purchasers on the Nuclear Fuel Data Survey Form, RW-859. The APR is the basis for allocating projected spent nuclear fuel (SNF) acceptance capacity in the ACR. The 2004 APR listing is based on SNF discharges through December 31, 2002. The APR listing has been included as Appendix A.

---

* Individual contracts are based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste (10 CFR Part 961).

** Owners and generators of spent nuclear fuel and high-level waste who have entered into contracts with the Department and/or have paid fees for purchase of disposal services are referred to as "Purchasers." In identifying the Purchasers listed in this report, the Department has relied upon written notices received pursuant to Article XII and XIV of the Purchasers' disposal contracts. In the event that any Purchaser believes that the listed designation is inappropriate, the Purchaser should contact the Department.

Future discharges will be added to the priority ranking based on their date of permanent discharge. If SNF currently designated as temporarily discharged is redesignated as permanently discharged (without subsequent irradiation), the date of redesignation will become the ranking date, instead of the date of actual discharge. Reinserted assemblies, previously designated as permanently discharged, will be removed from the priority ranking.

## 1.2 BASIS FOR THE ANNUAL CAPACITY REPORT

The ACR (see Appendix B) applies a 10-year projected nominal waste acceptance rate to the APR, resulting in individual capacity allocations. The projected nominal acceptance rate is based on the assumption of SNF acceptance beginning in 2010 at the Yucca Mountain Geologic Repository. These projected nominal waste acceptance rates are presented in Table 1.

**Table 1. Projected Nominal Waste Acceptance Rates for Spent Nuclear Fuel**

| Year | SNF (MTU) |
|---|---|
| 2010 | 400 |
| 2011 | 600 |
| 2012 | 1,200 |
| 2013 | 2,000 |
| 2014 | 3,000 |
| 2015 | 3,000 |
| 2016 | 3,000 |
| 2017 | 3,000 |
| 2018 | 3,000 |
| 2019 | 3,000 |

The Department will further define and specify the system operating and waste acceptance parameters as the Program progresses, and inform the Purchasers accordingly. Until the SNF is accepted by the Department, Section 111 (a)(5) of the Act assigns the waste owners and generators the primary responsibility to provide for, and pay the costs of, interim storage.

The Tables in Appendix B list the Purchasers' annual allocations for each of the first 10 years[***] of projected CRWMS operation. Table 2 presents a summary of all Purchasers' annual allocations based on the nominal waste acceptance rates for the 10-year period covered by this report.

[***] The term "year," when used in reference to capacity allocation in this report, means the calendar year, beginning January 1 and ending December 31.

## TABLE 2. SUMMARY OF PURCHASERS' ANNUAL ALLOCATIONS (MTU)[a]

| PURCHASER | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aerotest Operations, Inc. | - | - | - | - | - | - | - | - | - | - | - |
| Alabama Power Company | - | - | - | - | 45.6 | 119.3 | 73.4 | 77.8 | 60.2 | 89.9 | 466.2 |
| Ameren UE | - | - | - | - | - | - | 38.7 | 44.3 | 38.0 | 30.3 | 151.3 |
| AmerGen Energy Company, LLC | 31.1 | 43.0 | 46.8 | 114.4 | 51.7 | 36.4 | - | 67.0 | 88.6 | 107.4 | 586.4 |
| Arizona Public Service Company | - | - | - | - | - | - | - | 66.5 | 69.4 | 66.2 | 202.1 |
| Baltimore Gas & Electric Co. | - | - | - | 82.6 | 107.5 | 89.6 | 93.8 | 62.0 | 64.2 | - | 499.7 |
| BWXT | - | - | 0.1 | 0.1 | - | 0.1 | 0.1 | - | 0.1 | - | 0.1[b] |
| Carolina Power & Light Company | - | 69.7 | 48.0 | 50.5 | 145.8 | 118.3 | 116.0 | 87.3 | 87.4 | 94.8 | 817.8 |
| Cleveland Electric Illuminating Co. | - | - | - | - | - | - | - | - | 22.6 | 76.7 | 99.4 |
| Connecticut Yankee Atomic Power Co. | 65.5 | 22.5 | 41.6 | 21.9 | 42.1 | 42.1 | 44.5 | 21.8 | 21.0 | - | 323.1 |
| Consumers Power Co. | - | 2.5 | 87.4 | 31.1 | 32.9 | 59.9 | 24.8 | 3.1 | 25.9 | 32.0 | 299.6 |
| Dairyland Power Cooperative | 0.8 | 6.0 | 3.0 | 3.9 | 4.9 | 5.7 | 6.1 | 7.8 | - | - | 38.1 |
| Detroit Edison Company | - | - | - | - | - | - | - | - | 19.1 | - | 19.1 |
| Dominion Nuclear Connecticut, Inc. | 5.5 | 40.7 | 52.5 | 41.9 | 113.8 | 93.3 | 103.6 | 123.7 | 103.9 | 71.2 | 750.1 |
| Dow Chemical | - | - | - | - | - | - | - | - | - | - | - |
| Duke Power Company | - | 24.9 | 48.2 | 176.4 | 124.2 | 162.3 | 200.0 | 318.5 | 234.6 | 246.3 | 1,535.5 |
| Energy Northwest | - | - | - | - | - | - | 10.8 | 29.4 | 52.5 | 37.9 | 130.7 |
| Entergy Arkansas, Inc. | - | - | - | 51.5 | 76.6 | 83.3 | 60.6 | 76.8 | 28.2 | 87.6 | 464.6 |
| Entergy Gulf States, Inc. | - | - | - | - | - | - | - | 30.5 | 41.1 | 32.9 | 104.5 |
| Entergy Louisiana, Inc. | - | - | - | - | - | - | - | 38.6 | 31.8 | 70.8 | 141.1 |
| Entergy Nuclear FitzPatrick, LLC | - | - | - | 51.4 | 30.0 | 71.8 | 34.4 | 35.8 | 33.6 | 27.3 | 284.2 |
| Entergy Nuclear Generation Company | - | 3.9 | 25.5 | 82.6 | 17.1 | 83.9 | - | 34.2 | - | - | 247.2 |
| Entergy Nuclear Indian Point 2, LLC | 3.0 | 27.7 | 32.8 | 27.1 | 52.8 | 33.8 | 63.5 | 31.1 | 33.0 | 25.8 | 330.6 |
| Entergy Nuclear Indian Point 3, LLC | - | - | - | 29.3 | 34.7 | 34.7 | 33.0 | 36.1 | 28.4 | 33.8 | 229.9 |
| Entergy Nuclear Vermont Yankee, LLC | - | 72.9 | - | 40.2 | 50.7 | 41.5 | 41.3 | 24.9 | 25.0 | 23.6 | 320.0 |
| Exelon Generation Company, LLC | 21.1 | 60.5 | 251.2 | 466.7 | 488.3 | 451.7 | 419.8 | 375.2 | 523.9 | 433.6 | 3,491.9 |
| Florida Power & Light Co. | - | 20.9 | 59.6 | 78.7 | 169.3 | 112.4 | 141.8 | 117.1 | 86.9 | 122.2 | 908.9 |
| Florida Power Corporation | - | - | - | 0.9 | 46.4 | 58.3 | 30.1 | 41.3 | - | 33.8 | 210.8 |
| FPL Energy Seabrook, LLC | - | - | - | - | - | - | - | - | - | - | - |
| G.E. Uranium Management Corporation | 145.2 | - | - | - | - | - | - | - | - | - | 145.2 |
| General Atomics | 0.1 | 0.1 | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1[b] |
| General Electric Company | 0.3 | - | - | - | - | - | - | - | - | - | 0.3 |
| Georgia Power Company | - | - | - | 5.2 | 91.6 | 105.3 | 103.2 | 116.3 | 103.3 | 117.3 | 642.2 |
| Indiana Michigan Power Co. | - | - | - | 57.8 | 132.6 | 120.2 | 119.3 | 35.7 | 65.7 | 71.5 | 602.9 |
| Interstate Power & Light | - | - | 15.4 | 36.4 | 32.0 | 23.6 | 22.0 | 23.4 | 21.9 | 19.1 | 193.9 |
| Kansas Gas & Electric Company | - | - | - | - | - | - | - | 27.7 | 33.7 | 35.3 | 96.7 |
| Maine Yankee Atomic Power Company | - | 26.4 | 57.9 | 78.0 | 52.5 | 30.0 | 54.8 | 24.5 | 20.8 | 27.4 | 372.3 |
| Nebraska Public Power District | - | - | 23.6 | 13.8 | 80.9 | 41.9 | 21.2 | 37.3 | 32.2 | 30.9 | 281.7 |
| Nine Mile Point Nuclear Power Station, LLC | 9.4 | 49.0 | 38.9 | 30.8 | 68.1 | - | 74.8 | 31.1 | - | 36.3 | 338.4 |
| Northern States Power Co. | - | 26.2 | 99.6 | 65.2 | 111.4 | 143.1 | 58.9 | 92.6 | 52.3 | 38.4 | 687.6 |
| Omaha Public Power District | - | - | 22.3 | 35.4 | 14.8 | 21.9 | 32.3 | 16.4 | 15.2 | 13.1 | 171.4 |
| Pacific Gas & Electric Company | 7.3 | 6.0 | 15.9 | - | - | - | - | 47.5 | 65.3 | 110.2 | 252.1 |
| Pennsylvania Power & Light Co. | - | - | - | - | - | - | 89.6 | 103.5 | 121.2 | 78.9 | 393.2 |
| Pennsylvania Power Company | - | - | - | - | 6.0 | 48.7 | 35.2 | 63.6 | 56.3 | 31.8 | 241.6 |
| Portland General Electric Company | - | - | - | 0.5 | 40.5 | 34.9 | 42.2 | 54.2 | 48.8 | 49.0 | 270.0 |
| PSEG Nuclear LLC | - | - | - | - | 46.9 | 72.6 | 64.6 | 133.0 | 96.0 | 133.8 | 547.0 |
| Rochester Gas and Electric Company | 32.0 | 4.6 | 24.4 | 32.3 | 35.8 | 12.7 | 35.1 | 23.5 | 12.8 | 23.6 | 236.9 |
| Sacramento Municipal Utility District | - | - | - | 35.3 | 49.2 | 32.0 | 30.1 | - | 82.0 | - | 228.6 |
| South Carolina Electric & Gas Company | - | - | - | - | - | - | 50.4 | 27.6 | 28.0 | 31.9 | 137.9 |
| South Texas Project NOC | - | - | - | - | - | - | - | - | 9.8 | 50.4 | 60.2 |
| Southern California Edison Co. | 35.6 | 20.5 | 38.6 | 19.2 | 19.3 | - | 73.9 | 118.7 | 112.7 | 60.5 | 498.9 |
| Systems Energy Resources, Inc. | - | - | - | - | - | - | - | 101.5 | 50.4 | 50.2 | 202.1 |
| Tennessee Valley Authority | - | - | - | 64.2 | 297.8 | 236.0 | 277.0 | - | 33.1 | 60.3 | 968.4 |
| Texas Utilities Generating Company | - | - | - | - | - | - | - | - | - | - | - |
| Toledo Edison Co. | - | - | - | - | - | 65.2 | 30.6 | - | 30.5 | 28.1 | 154.3 |
| U.S. DOE | 22.9 | 6.8 | 7.8 | 7.3 | 89.5 | 88.0 | 0.1 | 0.1 | 15.7 | - | 237.8[b] |
| Virginia Electric and Power Co. | - | 8.2 | 113.3 | 54.7 | 105.5 | 133.0 | 151.3 | 86.0 | 108.6 | 85.9 | 846.4 |
| Wisconsin Electric Power Company | 16.3 | 43.1 | 32.6 | 64.2 | 50.2 | 57.0 | 29.9 | 53.7 | 37.8 | 37.7 | 422.5 |
| Wisconsin Public Service Corporation | - | - | 4.4 | 33.8 | 35.1 | 25.9 | 49.8 | 23.1 | 17.1 | 26.5 | 215.7 |
| Yankee Atomic Electric Company | 9.9 | 10.1 | 9.7 | 18.1 | 8.5 | 9.4 | 17.7 | 8.3 | 9.2 | 8.4 | 109.2 |
| NOMINAL TOTAL | 400 | 600 | 1,200 | 2,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 22,200 |

a Differences in Purchaser allocations for individual years in Annual Capacity Report may differ from the Acceptance Priority Ranking due to rounding.
b These totals are not the sum of the annual allocations because the actual annual values are much less than .1 MTU.

## 1.3 SUBMITTAL OF COMMENTS ON THIS REPORT

Written comments are requested, especially from the Purchasers, on the content and format of this report. Comments received on previous reports were used to identify issues that needed to be addressed by the Department and the Purchasers in the implementation of the Standard Contract provisions. Comments on this report should be addressed to:

Mr. David K. Zabransky
Contracting Officer
Office of Civilian Radioactive Waste Management, RW-20E
U.S. Department of Energy
1000 Independence Avenue, SW
Washington, DC 20585

Or by e-mail at:

dave.zabransky@rw.doe.gov

REFERENCES

[1]"Nuclear Waste Policy Act of 1982," Public Law 97-425 (January 7, 1983) and the "Nuclear Waste Policy Amendments Act of 1987," Title V, Subtitle A, Public Law 100-203 (December 22, 1987).

[2]U.S. Department of Energy, "Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste," Code of Federal Regulations, Title 10, Part 961, 2004.

NFIE-2004-0246

**Department of Energy**
Washington, DC 20585

QA:NA

Mr. Frank B. Rives
Director, Nuclear Fuels
Entergy Operations Inc.
PO Box 31995
Jackson, MS 39286-1995

DEC 01 2004

Dear Mr. Rives:

In a letter dated July 28, 2004, the U.S. Department of Energy informed you that the Department was resuming the Delivery Commitment Schedule (DCS) process. The Department received responses as requested. However, recent developments relating to the FY 2005 budget along with other issues have led the Department to conclude that the resumption of the DCS process was premature.

The Department thanks you for your response to its initial request for DCS planning information. Enclosed with this letter are any original DCS forms that you may have submitted with your response. After the Department has determined a revised date for the initial operation of the Yucca Mountain repository, it will resume the DCS process in accordance with the provisions of the Standard Contract.

If you have any questions on this matter please contact me at (202) 586-9198.

Sincerely,

Dave Zabransky
Contracting Officer
Office of Systems Analysis
And Strategy Development



Refs. 19, 20, 21, 22, 23, 53, 134, 151

Printed with soy ink on recycled paper

April 3, 2006

**UNITED STATES OF AMERICA**
**NUCLEAR REGULATORY COMMISSION**

**BEFORE THE PRE-LICENSE APPLICATION PRESIDING OFFICER BOARD**

| | | |
|---|---|---|
| **In the Matter of** | ) | **Docket No. PAPO-00** |
| | ) | |
| **U.S. DEPARTMENT OF ENERGY** | ) | **ASLBP No. 04-829-01-PAPO** |
| | ) | |
| **(High Level Waste Repository:** | ) | |
| **Pre-Application Matters)** | ) | |

## THE DEPARTMENT OF ENERGY'S ELEVENTH MONTHLY STATUS REPORT REGARDING LSN CERTIFICATION AND LICENSE APPLICATION SUBMITTAL

The Department of Energy (DOE) expects to file the License Application after the end of FY 2007, *i.e.*, after September, 2007. DOE should be better able to estimate the likely date for filing the License Application, and of certifying its LSN collection, when it completes a new baseline schedule. DOE anticipates completion of a new baseline schedule this summer.

**Respectfully submitted,**

**U.S. DEPARTMENT OF ENERGY**

By Original Signed by Michael R. Shebelskie

Donald P. Irwin
Michael R. Shebelskie
Kelly L. Faglioni
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: dirwin@hunton.com

Of Counsel:

Martha S. Crosland
U.S. DEPARTMENT OF ENERGY
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

Dated: April 3, 2006

April 3, 2006

**UNITED STATES OF AMERICA**
**NUCLEAR REGULATORY COMMISSION**
**BEFORE THE PRE-LICENSE APPLICATION PRESIDING OFFICER BOARD**

| | | |
|---|---|---|
| **In the Matter of** | ) | **Docket No. PAPO-00** |
| | ) | |
| **U.S. DEPARTMENT OF ENERGY** | ) | **ASLBP No. 04-829-01-PAPO** |
| | ) | |
| **(High-Level Waste Repository:** | ) | |
| **Pre-Application Matter)** | ) | |

**THE DEPARTMENT OF ENERGY'S ELEVENTH MONTHLY STATUS REPORT REGARDING LSN CERTIFICATION AND LICENSE APPLICATION SUBMITTAL**
**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing THE DEPARTMENT OF ENERGY'S ELEVENTH MONTHLY STATUS REPORT REGARDING LSN CERTIFICATION AND LICENSE APPLICATION SUBMITTAL in the above captioned proceeding have been served on the following persons on April 3, 2006 by Electronic Information Exchange.

**U.S. Nuclear Regulatory Commission**
**Atomic Safety and Licensing Board Panel**
Mail Stop - T-3 F23
Washington, DC 20555-0001
**Thomas S. Moore, Chair**
**Administrative Judge**
E-mail: PAPO@nrc.gov
**Alex S. Karlin**
**Administrative Judge**
E-mail: PAPO@nrc.gov
**Alan S. Rosenthal**
**Administrative Judge**
E-mail: PAPO@nrc.gov & rsnthl@comcast.net
**G. Paul Bollwerk, III**
**Administrative Judge**
E-mail: PAPO@nrc.gov
**Anthony C. Eitreim, Esq.**
**Chief Counsel**
E-mail: PAPO@nrc.gov
**James M. Cutchin**
E-mail: PAPO@nrc.gov
**Bethany L. Engel**
E-mail: PAPO@nrc.gov
**Jonathan Rund**
E-mail: PAPO@nrc.gov
**Susan Stevenson-Popp**
E-mail: PAPO@nrc.gov
**Bradley S. Baxter**
E-mail: bxb@nrc.gov
**Daniel J. Graser**
**LSN Administrator**
E-mail: djg2@nrc.gov
**ASLBP HLW Adjudication**
E-mail: ASLBP_HLW_Adjudication@nrc.gov

**U.S. Nuclear Regulatory Commission**
**Office of the Secretary of the Commission**
Mail Stop - O-16 C1
Washington, DC 20555-0001
**Hearing Docket**
E-mail: hearingdocket@nrc.gov
**Andrew L. Bates**
E-mail: alb@nrc.gov
**Adria T. Byrdsong**
E-mail: atb1@nrc.gov
**Emile L. Julian, Esq.**

E-mail: elj@nrc.gov
**Evangeline S. Ngbea**
E-mail: esn@nrc.gov
**Rebecca L. Giitter**
E-mail: rll@nrc.gov

**U.S. Nuclear Regulatory Commission**
**Office of Congressional Affairs**
Mail Stop -O-17A3
**Thomas R. Combs**
E-mail: trc@nrc.gov

**U.S. Nuclear Regulatory Commission**
**Office of Public Affairs**
Mail Stop - O-2A13
**David McIntyre**
E-mail: dtm@nrc.gov

**U.S. Nuclear Regulatory Commission**
**Office of Nuclear Material Safety and Safeguards**
Mail Stop - T-7 F3
Washington, DC 20555-0001
**Jeffrey A. Ciocco**
Email: jac3@nrc.gov

**U.S. Nuclear Regulatory Commission**
**Office of the General Counsel**
Mail Stop - O-15 D21
Washington, DC 20555-0001
**Karen D. Cyr, Esq.**
**General Counsel**
E-mail: kdc@nrc.gov
**David A. Cummings, Esq.**
E-mail: dac3@nrc.gov
**Gwendolyn D. Hawkins**
E-mail: gxh2@nrc.gov
**Janice E. Moore, Esq.**
E-mail: jem@nrc.gov
**Trip Rothschild, Esq.**
E-mail: tbr@nrc.gov
**Harry E. Wedewer, Esq.**
E-mail: hew@nrc.gov
**Mitzi A. Young, Esq.**
E-mail: may@nrc.gov
**Marian L. Zobler, Esq.**
E-mail: mlz@nrc.gov
**OGCMailCenter**
E-mail: OGCMailCenter@nrc.gov

**Egan, Fitzpatrick, Malsch & Cynkar, PLLC**
**Counsel for the State of Nevada**
The American Center at Tysons Corner
8300 Boone Boulevard, Suite 340
Vienna, VA 22182
**Robert J. Cynkar, Esq.**
E-mail: rcynkar@nuclearlawyer.com
**Joseph R. Egan, Esq.**
E-mail: eganpc@aol.com
**Charles J. Fitzpatrick, Esq.**
E-mail: cfitzpatrick@nuclearlawyer.com
**Jack Kewley**
E-mail: jkewley@nuclearlawyer.com
**Martin G. Malsch, Esq.**
E-mail: mmalsch@nuclearlawyer.com
**Susan Montesi**
E-mail: smontesi@nuclearlawyer.com
**Nakita Toliver**
E-mail: ntoliver@nuclearlawyer.com

**Nuclear Energy Institute**
1776 I Street, NW, Suite 400
Washington, DC 20006-3708
**Michael A. Bauser, Esq.**
**Associate General Counsel**
E-mail: mab@nei.org
**Ellen C. Ginsberg, Esq.**
E-mail: ecg@nei.org
**Rod McCullum**
E-mail: rxm@nei.org
**Steven P. Kraft**
E-mail: spk@nei.org
Ann W. Cottingham
E-mail: awc@nei.org

**U.S. Department of Energy**
**Office of Civilian Radioactive Waste Mgmt**
**Office of Information Mgmt**
Mail Stop 523, P.O. Box 30307
North Las Vegas, NV 89036-0307

**Harry Leake**
E-mail: harry_leake@ymp.gov
**Mark Van Der Puy**
E-mail: mark_vanderpuy@ymp.gov

**U.S. Department of Energy**
**Office of Civilian Radioactive Waste Mgmt**
**Office of Repository Development**
1551 Hillshire Drive
Las Vegas, NV 89134-6321
**W. John Arthur, III, Deputy Director**
E-mail: john_arthur@ymp.gov

**U.S. Department of Energy**
**Office of General Counsel**
1000 Independence Avenue, S.W.
Washington, DC 20585
**Martha S. Crosland, Esq.**
E-mail: martha.crosland@hq.doe.gov
**Angela M. Kordyak, Esq.**
E-mail: angela.kordyak@hq.doe.gov

**U.S. Department of Energy**
1000 Independence Avenue, S.W.
Washington, DC 20585
**William Greene, Public Information Officer**
william.greene@rw.doe.gov

**U.S. Department Of Energy**
**Office of General Counsel**
1551 Hillshire Drive
Las Vegas, NV 89134-6321
**George W. Hellstrom**
E-mail: george.hellstrom@ymp.gov

**Hunton & Williams LLP**
**Counsel for the U.S. Department of Energy**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
**W. Jeffery Edwards, Esq.**
E-mail: jedwards@hunton.com
**Kelly L. Faglioni, Esq.**
E-mail: kfaglioni@hunton.com
**Melissa Grier**
E-mail: mgrier@hunton.com
**Donald P. Irwin, Esq.**
E-mail: dirwin@hunton.com
**Stephanie Meharg**
E-mail: smeharg@hunton.com
**Edward P. Noonan, Esq.**
E-mail: enoonan@hunton.com
**Audrey B. Rusteau**
E-mail: arusteau@hunton.com
**Michael R. Shebelskie, Esq.**
E-mail: mshebelskie@hunton.com
**Christopher A. Updike**
E-mail: cupdike@hunton.com
**Belinda A. Wright**
E-mail: bwright@hunton.com
**Andrew T. Barnes**
E-mail: abarnes@hunton.com

**White Pine County**
**City of Caliente**
**Lincoln County**
**Jason Pitts**
E-mail: idt@idtservices.com

**Lander County Nuclear Waste Oversight Program**
**315 South Humboldt St.**
**Battle Mountain, NV 89820**
**Deborah Teske, Administrator**
E-mail: dteske@landercounty.com

**Intertech Services Corporation**
**(for Lincoln County)**
**P.O. Box 2008**
Carson City, NV 89702-2008
Dr. Mike Baughman
E-mail: bigboff@aol.com

**Environment Protection Agency**
Ray Clark
E-mail: clark.ray@epa.gov

**Public Citizen**
215 Pennsylvania Ave, SE
Washington, DC 20003
**Michele Boyd, Legislative Representative**
**Critical Mass Energy and Environment**
E-mail: mboyd@citizen.org

**Senator Harry Reid**
**Attn: Sandra Schubert**
Room 528 Hart Senate Office Building
United States Senate
Washington, DC 20510-2803
Email: sandra_schubert@reid.senate.gov

**Abby Johnson**
617 Terrace St.
Carson City, NV 89703
E-mail: abbyj@gbis.com

**National Congress of American Indians**
1301 Connecticut Ave. NW - Second floor
Washington, DC 20036
**Robert I. Holden, Director**
**Nuclear Waste Program**
E-mail: robert_holden@ncai.org

**Ross, Dixon & Bell**
2001 K Street N.W.
Washington D.C. 20006-1040
**William H. Briggs**
E-mail: wbriggs@rdblaw.com

**Churchill County (NV)**
155 North Taylor Street, Suite 182
Fallon, NV 89406
**Alan Kall**
E-mail: comptroller@churchillcounty.org

**State of Nevada (NV)**
100 N. Carson Street
Carson City, NV 89710
**Marta Adams**
E-mail: maadams@ag.state.nv.us

**Lander, Churchill and Mineral County**
P. O. Box 33908
Reno, NV 89533
**Loreen Pitchford, LNS Administrator for Lander**
E-mail: lpitchford@comcast.net

**Talisman International, LLC**
1000 Potomac St., NW
Suite 300
Washington, D.C. 20007
**Patricia Larimore**
E-mail: plarimore@talisman-intl.com

**Inyo County (CA) Yucca Mtn Nuclear Waste**
**Repository Assessment Office**
**Chris Howard**
**GIS/LAN Administrator**
Inyo County
163 May St.
Bishop, CA 93514
E-mail: choward@inyowater.org

**Nuclear Waste Technical Review Board**
**Victoria Reich**
E-mail: reich@nwtrb.gov
**White Pine County (NV) Nuclear**
**Waste Project Office**
959 Campton Street
Ely, NV 89301
**Mike Simon, Director**
**(Heidi Williams, Adm. Assist.)**
E-mail: wpnucwst1@mwpower.net

**Inyo County (CA) Yucca Mtn Nuclear Waste**
**Repository Assessment Office**
P.O. Drawer L
Independence, CA 93526
**Andrew Remus, Project Coordinator**
E-mail: aremus@qnet.com

**Nye County (NV) Department of Natural Resources & Federal Facilities**
1210 E. Basin Road, Suite 6
Pahrump, NV 89048

**David Swanson**
E-mail: dswanson@nyecounty.net

**Nye County (NV) Regulatory/Licensing Adv.**
18160 Cottonwood Rd. #265
Sunriver, OR 97707
**Malachy Murphy**
E-mail: mrmurphy@cmc.net

**Nuclear Waste Project Office**
1761 East College Parkway, Suite 118
Carson City, NV 89706
**Robert Loux**
E-Mail: bloux@nuc.state.nv.us
**Steve Frishman, Tech. Policy Coordinator**
E-mail: steve.frishman@gmail.com

**Nevada Nuclear Waste Task Force**
Alamo Plaza, 4550 W. Oakley Blvd., Suite 111
Las Vegas, NV 89102
**Judy Treichel, Executive Director**
E-mail: judynwtf@aol.com

**Yucca Mountain Project, Licensing Group,**
DOE/BSC
**Jeffrey Kriner**
E-mail: jeffrey_kriner@ymp.gov

**Lincoln County (NV) Nuclear Oversight Prgm**
100 Depot Ave., Suite 15; P.O. Box 1068
Caliente, NV 89008-1068
**Lea Rasura-Alfano, Coordinator**
E-mail: jcciac@co.lincoln.nv.us

**Mineral County (NV) Board of County Commissioners**
P.O. Box 1600
Hawthorne, NV 89415
**Linda Mathias, Administrator**
**Office of Nuclear Projects**
E-mail: mineral@oem.hawthorne.nv.us

**Eureka County (NV) Yucca Mtn Info Ofc**
P.O. Box 990
Eureka, NV 89316
**Laurel Marshall, Program Coordinator**
E-mail: ecmarshall@eurekanv.org

**Clark County (NV) Nuclear Waste Division**
500 S. Grand Central Parkway
Las Vegas, NV 89155
**Irene Navis**
E-mail: iln@co.clark.nv.us
**Engelbrecht von Tiesenhausen**
E-mail: evt@co.clark.nv.us

**U.S. DEPARTMENT OF ENERGY**

By Original Signed by Michael R. Shebelskie

Donald P. Irwin
Michael R. Shebelskie
Kelly L. Faglioni
HUNTON & WILLIAMS
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: dirwin@hunton.com

Of Counsel:

Martha S. Crosland
U.S. DEPARTMENT OF ENERGY
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585