**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 8, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 02-898C (Judge Wheeler) |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL ELECTRONICALLY**

Pursuant to this Court's General Order 42A, Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), by and through the undersigned counsel, respectfully requests leave from the Court to file documents under seal electronically in this case. Vermont Yankee has prepared responses to the Government's motion for summary judgment on the "assignment of the Standard Contract" issue and to the Government's proposed findings of uncontroverted fact. These responses have been designated by Vermont Yankee as protected material pursuant to the protective order entered by the Court. Because this case has been designated as an electronic filing case, Paragraph 7 of General Order 42A states that leave of the Court is required for Vermont Yankee to file documents under seal electronically prior to any such filing.

Thus, for the foregoing reasons, Vermont Yankee respectfully requests that the Court enter an order allowing Vermont Yankee to file documents electronically under seal in this case.

Dated: June 8, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)