**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 8, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 02-898C<br>(Judge Wheeler) |

**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), by and through the undersigned counsel, respectfully requests an enlargement of time of one day from June 8, 2006 through June 9, 2006 within which to file its response to Defendant's (the "Government") May 4, 2006 "Motion For Summary Judgment Regarding The Invalid Assignment Of Plaintiff's Standard Contract And Pre-Existing Claims From The Partial Breach Of That Contract" and to the Government's proposed findings of fact regarding that motion. Vermont Yankee's responses to the Government's motion and proposed findings are currently due on June 8, 2006. This is the first enlargement sought by Plaintiff for the submission of its responses to the Government's motion and proposed findings. Counsel for Vermont Yankee attempted to contact but was unable to reach counsel for the Government, Marian E. Sullivan, and left a message regarding this motion for enlargement.

An enlargement of time is necessary for Vermont Yankee to obtain leave from the Court to file documents under seal electronically in this case. Vermont Yankee has prepared responses to the Government's motion for summary judgment and to the Government's proposed findings of uncontroverted fact, but those responses have been designated by Vermont Yankee as

protected material pursuant to the protective order entered by the Court. Because this case has been designated as an electronic filing case, Paragraph 7 of General Order 42A states that leave of the Court is required for Vermont Yankee to file documents under seal electronically prior to any such filing.

Thus, for the foregoing reasons, Vermont Yankee respectfully requests an enlargement of time of one day from June 8, 2006 through June 9, 2006 within which to file its responses to the Government's motion for summary judgment and to the Government's proposed findings of fact. In the event that Vermont Yankee's underlying motion for leave to file documents under seal electronically is not granted on June 9, 2006, Vermont Yankee respectfully requests an additional three days – through June 12, 2006 – within which to file its responses.

Dated: June 8, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)