IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time out of time of seven days, to and including today, June 29, 2006, to file defendant's reply to plaintiff's response to defendant's motion to consolidate or, in the alternative, for issuance of a summons pursuant to RCFC 14(a) and notice pursuant to RCFC 14(b). Pursuant to the RCFC 6(a) and 7.1, defendant's reply was due on June 22, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), represents that plaintiff does not oppose this motion for an enlargement.

Counsel for the Government erred in calculating the due date for this reply, mistakenly grouping it with the reply briefing that, pursuant to the Court's scheduling order dated April 26, 2006, is due to be filed today. Upon reviewing the Court's scheduling order, we have realized that the consolidation motion is not a part of that scheduling order and that we should have calculated our reply brief due date in accordance with RCFC 6(e) and 7.1(b). In addition, counsel was involved in the trial conducted in Pacific Gas & Electric Co. v. United States, Nos. 04-0074 & -0075, June 3-13, 2006, which would have made it difficult for us to meet the

original date for this reply brief. Further, the Government's motion to consolidate is informed by the Government's motions for summary judgment regarding the invalid assignment of the Standard Contract and the failure to pay the one-time fee, which were filed concurrently with the motion to consolidate. In formulating defendant's reply to the motion to consolidate, counsel needed to work through the Government's replies to plaintiff's responses to those motions. Because these other briefs are being filed today or, pursuant to a separate enlargement motion being filed today, next week, it does not appear that this enlargement will prejudice plaintiff.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time out of time of seven days, to and including June 29, 2006, to file our reply to plaintiff's response to defendant's motion for consolidation or, in the alternative, for issuance of a summons pursuant to RCFC 14(a) and notice pursuant to RCFC 14(b).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

June 29, 2006

Attorneys for Defendant

## Certificate of Filing

I hereby certify that on the 29th day of June 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME OUT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan