IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of seven days, to and including July 6, 2006, to file its reply to plaintiff's response to defendant's motion for summary judgment upon counts I and II of plaintiff's complaint and, in the alternative, for partial summary judgment upon defendant's right to recover unpaid fees, and defendant's response to plaintiff's cross-motion for summary judgment on liability. Pursuant to the Court's Second Amended Scheduling Order, issued April 26, 2006, defendant's reply and response are due today, June 29, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff, Vermont Yankee Nuclear Power Corp. ("Vermont Yankee"), represents that plaintiff does not oppose this motion for an enlargement.

The instant motion is precipitated by the time needed to complete the Government's response to plaintiff's cross-motion for liability and obtain the necessary internal review. Plaintiff's cross-motion raises issues that are present in many of the spent nuclear fuel cases and the Government requires additional time to formulate its response to those issues. Counsel's supervisors have asked counsel to seek additional time so that this formulation and internal

review may be completed.[1] This additional time is also necessary because of the Fourth of July holiday next week. Finally, counsel's preparation of the Government's response was hindered by problems with the computer system caused by the flooding on Sunday night, June 25, 2006. Because of this flooding, the Government's computer network was unavailable until late Monday afternoon, June 26, 2006. Although the Government requires additional time to finalize its response to plaintiff's cross-motion for summary judgment, Government counsel is filing today defendant's reply to plaintiff's response to defendant's motion for summary judgment regarding the invalid assignment of plaintiff's standard contract and pre-existing claims from the partial breach of that contract and defendant's reply to plaintiff's response to defendant's motion to consolidate or, in the alternative, for issuance of a summons pursuant to RCFC 14(a) and notice pursuant to RCFC 14(b).

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of seven days, to and including July 6, 2006, to file our reply to plaintiff's response to defendant's motion for summary judgment upon counts I and II of plaintiff's complaint and, in the alternative, for partial summary judgment upon defendant's right to recover unpaid fees, and defendant's response to plaintiff's cross-motion for summary judgment on liability.

[1] Plaintiff's cross-motion on liability was filed on June 8, 2006. Pursuant to RCFC 7©, defendant's response would be due on July 10, 2006, absent the scheduling order entered by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

June 29, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on the 29th day of June 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan