IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 02-898C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT UPON DEFENDANT'S RIGHT TO RECOVER UNPAID FEES, AND DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON LIABILITY

Defendant respectfully requests that, pursuant to Rule 5.2(b)(2) of the Rules of this Court ("RCFC"), the Court grant leave to exceed the 30-page limitation established in RCFC 5.2(b)(2) with regard to reply briefs by nine pages. Accompanying this motion is the Government's reply brief in support of its motion for summary judgment upon Counts I and II of plaintiff's First Amended Complaint and, in the alternative, for partial summary judgment upon defendant's right to recover unpaid fees, and response to plaintiff's cross-motion for summary judgment on liability. The brief is 39 pages in length.

To discuss in full detail the legal issues that relate to the one-time fee and plaintiff's motion for summary judgment on liability, including the operation of the Delivery Commitment Schedule ("DCS") process for which the Standard Contract provides, and to ensure that the Court has a full understanding of the related arguments and the support for them, we found it necessary to exceed this Court's page limitations for replies by nine pages. In particular, we have found it necessary to discuss many of the Court's prior decisions in other spent nuclear fuel

cases and to discuss their application, or lack of application, to this particular spent nuclear fuel case. In addition, in its response and cross-motion, the plaintiff has cited to numerous court decision, some of which we have found it necessary to discuss at length to place the decision in context. To allow us fully to explain to the Court the bases for our arguments, we respectfully request that the Court grant us leave to file this motion at its present length.

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
MARIAN E. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

July 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 6th day of July, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT IN DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON COUNTS I AND II OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT UPON DEFENDANT'S RIGHT TO RECOVER UNPAID FEES, AND DEFENDANT'S RESPONSE TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON LIABILITY " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Marian E. Sullivan