**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 18, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** Plaintiff, | |
| v. | No. 02-898C (Judge Wheeler) |
| **THE UNITED STATES,** Defendant. | |

**<u>UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to RCFC 6 & 6.1, Plaintiff Vermont Yankee Nuclear Power Corporation, by and through the undersigned counsel, respectfully requests an enlargement of time of seven days from July 19, 2006 through July 26, 2006 within which to file the reply brief in support of its June 8, 2006 cross-motion for summary judgment on liability. Per the Court's April 26, 2006 Second Amended Scheduling Order, Plaintiff's reply brief is currently due on July 19, 2006. This is the first enlargement sought by Plaintiff for the submission of its reply brief. Counsel for Plaintiff has spoken with counsel for Defendant (the "Government"), Marian E. Sullivan, who has represented that the Government does not oppose this motion for enlargement.

An enlargement of time is necessary for three reasons. First, counsel for Plaintiff has been and will be engaged in multiple depositions in Minnesota, Illinois, and Washington, D.C. (and in preparations thereof) in <u>Northern States Power Co. v. United States</u>, No. 98-484C (Wiese, S.J.) and <u>System Fuels, Inc. v. United States</u>, No. 03-2624C (Braden, J.) during the next several weeks. In the latter case, discovery is currently scheduled to close on July 28, 2006. Second, counsel for the parties submitted initial briefs on July 12, 2006 and are currently

preparing reply briefs due on July 31, 2006 in Nebraska Pub. Power Dist. v. United States, No. 01-116C (Allegra, J.), on the issue of, *inter alia*, whether sovereign immunity principles have any bearing on the U.S. Court of Appeals for the District of Columbia's mandamus order in Northern States Power Co. v. Dep't of Energy, 128 F.3d 754, 757 (D.C. Cir. 1997), cert. denied, 525 U.S. 1016 (1998). Third, the Court's April 26, 2006 Second Amended Scheduling Order contemplates 20 days between the filing of the Government's response to Plaintiff's cross-motion for summary judgment on liability and the filing of Plaintiff's reply brief. The Government filed its response brief on liability on July 6, 2006 (instead of June 29, 2006 as originally scheduled) after having sought and received a one-week enlargement of time. Plaintiff submits that a corresponding one-week extension is necessary and appropriate for the filing of its reply brief here.

Thus, for the foregoing reasons and for good cause shown, Plaintiff respectfully requests an enlargement of time of seven days from July 19, 2006 through July 26, 2006 within which to file the reply in support of its cross-motion for summary judgment on liability.

Dated: July 18, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Vermont Yankee Nuclear Power Corporation

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)