**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 26, 2006)

| | |
|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 02-898C<br>(Judge Wheeler) |

**DECLARATION OF JOHN J. BOGUSLAWSKI**

The undersigned, John J. Boguslawski, pursuant to 28 U.S.C. § 1746, does hereby declare as follows:

**Background**

1. My name is John J. Boguslawski. I am the President of Vermont Yankee Nuclear Power Corporation ("Vermont Yankee" or "the Company"). My business address is 185 Old Ferry Road, Brattleboro, Vermont. I give this declaration in support of Plaintiff's motion for summary judgment on the liability of the U.S. Department of Energy ("DOE") for breach of its Standard Contract with Plaintiff. Unless otherwise indicated, I have first-hand personal knowledge of the facts described herein.

2. I earned an Associate of Science degree in Accounting and a Bachelor of Science degree in Business and Career Education in 1979 from Bentley College. I also earned a Master of Business Administration degree from Western New England College in 1988 and passed the National Uniform Certified Public Accountant Examination that same year. After graduating from college in 1979, I worked for approximately five years as a project accountant and office

manager at several nuclear plants in the northeast for Mercury Company of Norwood, a business specializing in the construction and maintenance of nuclear power plants. I joined Vermont Yankee in 1984 and have worked there ever since. During my employment with Vermont Yankee, in addition to my current position as President, I have also served as Plant Accountant, Project Finance and Administrative Supervisor, Manager of Taxes and Financial Controls, Controller, and Vice President and Controller.

3. As the titles that I have had with Vermont Yankee suggest, I have had overall responsibility for accounting, budgeting, financial reporting and financial planning for the Company, and have been directly involved in the Company's strategic planning. As the sole owner and operator of a nuclear power plant until July 31, 2002, a very important aspect of Vermont Yankee's strategic planning included assessing spent fuel storage requirements and planning for alternative storage to the extent necessary.

4. Throughout my career at Vermont Yankee, I have participated in a number of industry groups, including the Edison Electric Institute and the Electric Council of New England.

**Costs Incurred by Vermont Yankee As a Result of DOE's Non-Performance**

*In General*

5. On or about June 15, 1983, Vermont Yankee signed a Standard Contract with DOE providing that Vermont Yankee would pay a one-time fee and substantial ongoing quarterly fees to DOE, in return for which DOE was to begin removing and disposing of the nuclear industry's spent nuclear fuel ("SNF") by January 31, 1998. On August 15, 2001, Vermont Yankee and Entergy Nuclear Vermont Yankee ("ENVY") entered into a purchase and sale agreement for the purchase of the Vermont Yankee Nuclear Power Station. By letter dated August 21, 2002, Vermont Yankee notified DOE that it had transferred title to its SNF and

certain rights and duties under the Standard Contract to ENVY, effective July 31, 2002. To date, Vermont Yankee and ENVY have paid DOE approximately $70 million in quarterly fees under this Standard Contract. But DOE has yet to begin removing any of Vermont Yankee's (now ENVY's) SNF, nor, according to DOE itself as well as published judicial decisions, that of any other nuclear utility. Moreover, as is generally known throughout the nuclear utility industry, DOE long ago announced that it did not expect to begin removing SNF from any utility's plant until the year 2010 at the earliest. The projected 2010 date has since slipped by at least several years, and DOE recently announced that the "best-achievable" date to begin receipt of spent nuclear fuel is now March 31, 2017.

6. As a result of DOE's stated inability to begin removing and disposing of SNF before 2010 and its failure to begin doing so by the deadline in January 1998, Vermont Yankee incurred significant additional costs at the Vermont Yankee Nuclear Power Station.

7. The principal costs incurred relate to an existing wet storage facility, or "spent fuel pool," located at the Vermont Yankee Nuclear Power Station. This facility is used to store SNF removed from the plant during the refueling process, pending the ultimate removal and disposal of the SNF. The Company also incurred costs to investigate alternatives for storage of SNF and to plan for dry cask storage of SNF given that even expanded wet storage would not accommodate all of the additional SNF storage needs resulting from DOE's delays and uncertain time-table for performance.

*The Spent Fuel Pool*

8. Upon information and belief, as of 1997, the spent fuel pool at Vermont Yankee Nuclear Power Station had enough space for 2,859 fuel rod bundles in total, and it had 2,219 fuel rod bundles actually stored in it, for a utilization rate of 78%. In that year, Vermont Yankee

prepared a projection that indicated that it would run out of usable space and require some amount of additional storage space by 2001. At that time, the most cost-effective way of adding storage space to mitigate the damages resulting from DOE's nonperformance at the Vermont Yankee Nuclear Power Station was through a process known as "re-racking" – that is, by removing the existing racks in the spent fuel pool and replacing them in a tighter formation that can hold more fuel rods.

9. Between 1997 and 2002, Vermont Yankee expanded the storage capacity of its spent fuel pool by re-racking it. The additional storage capacity could accommodate all of the estimated spent nuclear fuel to be discharged from the reactor through 2007. Vermont Yankee spent approximately $4 million to expand the storage capacity of its spent fuel pool.

*Dry Storage.*

10. Vermont Yankee's re-racking described in paragraphs 8 and 9 above was projected to accommodate its storage requirements until April 2007 or October 2008 with the purchase of another storage rack. Because there was no clear timetable for DOE to begin to remove and dispose of spent nuclear fuel (other than the statement that it would not be before 2010), because re-racking the spent fuel pool would accommodate SNF storage until just 2008 at best, and because dry storage required such a long lead time, Vermont Yankee decided in 1997 to also mitigate the damages that would result from DOE's nonperformance by preparing for a dry fuel storage facility at the Vermont Yankee Nuclear Power Station. But for DOE's nonperformance, the Company would have had no need for a dry fuel storage facility. Between 1997 and 2002 when the nuclear plant was sold, Vermont Yankee incurred expenses of approximately $1 million for the investigation of wet and dry SNF storage alternatives and the planning and design of a dry storage system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2006.

John J. Boguslawski