# In the United States Court of Federal Claims

(Filed: August 16, 2006)

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | * | No. 02-898C |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, and ENTERGY NUCLEAR OPERATIONS, INC., Plaintiffs, v. THE UNITED STATES, Defendant. | * | No. 03-2663C |

**CONSOLIDATION ORDER**

Before the Court are Defendant's May 3, 2006 Motions to Consolidate the above-captioned cases and Plaintiff's briefs in opposition thereto. Because the Court believes that the factual and legal commonalities in these cases justify a limited consolidation pursuant to Rule 42 of this Court's

Rules, Defendant's motions are hereby GRANTED IN PART and DENIED IN PART. Accordingly, the proceedings in these actions shall go forward as follows:

Pending Motions for Summary Judgment –The Court shall consolidate for purposes of decision the following issues concerning liability:

(1) Whether Defendant or Plaintiff is entitled to summary judgment upon Counts 1 and 2 of Plaintiff's Complaint;

(2) Whether Defendant or Plaintiff is entitled to partial summary judgment upon Defendant's asserted right to recover unpaid fees; and

(3) Whether Defendant is entitled to summary judgment regarding the allegedly invalid assignment of Plaintiff's Standard Contract and pre-existing claims from the partial breach of the Standard Contract.

Discovery – To the extent practicable, counsel for the parties shall regard these cases as consolidated for purposes of conducting discovery. Discovery efforts, such as serving and answering interrogatories, requesting and producing documents, requiring witnesses to appear for depositions, and serving and responding to requests for admissions, may be performed on a consolidated basis. Discovery in one case may be utilized as if performed in the other case. Duplication of discovery is to be avoided.

Trial Procedures – If necessary, following the Court's resolution of the pending motions for summary judgment, the Court will consult with counsel to establish trial procedures to avoid the duplicative presentation of testimony and exhibits.

Damages – If Defendant is found liable in either of the captioned cases, the Court will preserve Plaintiffs' request to proceed with separate trials on the issue of damages, except that a witness in the first trial will not be required to provide duplicative testimony in the second trial.

Unless and until the Court directs otherwise, all future pleadings in these proceedings shall include the name of the Plaintiff and the docket number of both cases.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge