IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

**PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION TO SUBSTITUTE COUNSEL**

Pursuant to Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims, Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee") hereby moves the Court to substitute its counsel of record as set forth below. Pursuant to Rule 83.1(c)(4), an affidavit of appointment of counsel and written consent from prior counsel are attached to this motion.

Plaintiff requests that Richard J. Conway of Dickstein Shapiro LLP be substituted by the Clerk as Vermont Yankee's Counsel of Record in this action. Counsel and the Court are respectfully requested to serve Mr. Conway with copies of all court filings, correspondence, and orders.

Date: October 3, 2006

Respectfully submitted,

s/ Richard J. Conway by s/ Scott Arnold

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200

*Attorneys for*
*Vermont Yankee Nuclear Power Corporation*

Of Counsel: Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

AFFIDAVIT OF APPOINTMENT OF RICHARD J. CONWAY
PURSUANT TO RCFC 83.1(C)(4)

I, Richard J. Conway, declare as follows:

1. I am a partner in the Washington, D.C. office of Dickstein Shapiro LLP. My business address and contact information is: 1825 Eye Street, NW, Washington, DC 20006-5403, telephone: 202-420-2200, and facsimile: 202-420-2201. I have been appointed by Plaintiff Vermont Yankee Nuclear Power Corporation in this action as Counsel of Record and have authority to act in that regard.

2. I am admitted to practice in the District of Columbia and before the U.S. Court of Federal Claims.

3. This affidavit is being submitted pursuant to Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of October, 2006

[signature]
Richard J. Conway

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

## CONSENT TO SUBSTITUTION OF COUNSEL

In accordance with Rule 83.1(c)(4) of the Rules of the U.S. Court of Federal Claims, I hereby consent to the change of Counsel of Record for Plaintiff Vermont Yankee Nuclear Power Corporation in this action to Richard J. Conway of Dickstein Shapiro LLP.

Dated this 3rd day of October, 2006

Respectfully submitted,

Alex D. Tomaszczuk
Pillsbury, Winthrop, et al.
1650 Tysons Boulevard
McLean, VA 22102-4859
703-770-7940 (telephone)
703-770-7901 (fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 3rd day of October, 2006, a copy of the foregoing "PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION TO SUBSTITUTE COUNSEL," "AFFIDAVIT OF APPOINTMENT OF RICHARD J. CONWAY," and "CONSENT TO SUBSTITUTION OF COUNSEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/ Richard J. Conway by s/ Scott Arnold