# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: October 31, 2006)

| | |
|---|---|
| ************************************ | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| and | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | * |

**SCHEDULING ORDER**

On October 31, 2006, counsel for the parties appeared before the Court for a scheduling conference. As agreed during that conference, the parties shall file a joint status report with the Court on or before December 29, 2006 with a proposed schedule for future proceedings in the above-captioned cases.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge