**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>**and**<br><br>**ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **Nos. 02-898C & 03-2663C**<br>**(Judge Wheeler)** |

**JOINT STATUS REPORT**

In accordance with the Court's October 31, 2006 Scheduling Order, plaintiffs, Vermont Yankee Nuclear Power Corporation ("VYNPC"), Entergy Nuclear Vermont Yankee, LLC, and Entergy Nuclear Operations, Inc. (collectively for these purposes "Entergy"), and defendant, The United States, respectfully file this joint status report.

Since the scheduling conference held on October 31, 2006, new counsel for VYNPC has been working diligently to review and analyze relevant documentation and to perform additional fact-finding tasks necessary to prepare its case for Rule 26 disclosures and discovery. It has become apparent that, due to the large volume of documentation and complexity of issues involved, more time is necessary to complete these tasks before the parties are in a proper position to propose a schedule for future proceedings. Entergy has confirmed that the dry storage project that will likely comprise the bulk of its own claimed damages in the instant case will not be constructed and operational until the fall of 2007, and Entergy desires to defer active prosecution of its own claims, and discovery related to those claims (including Rule 26 initial disclosures), until after that time. Once the other parties are in a position to propose a discovery

schedule, however, Entergy intends to work with the parties to structure its participation in such a way as to try to avoid duplicative efforts.

Accordingly, for the foregoing reasons, the parties propose that on or before March 30, 2007, they file another joint status report with a proposed schedule for discovery and future proceedings in these cases.

Date: December 29, 2006

Respectfully submitted,

s/Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Attorney for Plaintiff Vermont Yankee Nuclear Power Corporation*

s/Brad Fagg
Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 (Phone)
(202) 739-3001 (Fax)

Of Counsel:

L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572
(601) 368-5816 (fax)

*Attorneys for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

Harold D. Lester, Jr.
Assistant Director

s/Marian Sullivan
Marian E. Sullivan
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, 8th floor
Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0365 (Phone)
(202) 307-2503 (Fax)

*Attorneys for Defendant*

**CERTIFICATE OF FILING**

I hereby certify that on this 29th day of December, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/Bradley D. Wine
Bradley D. Wine