# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: January 12, 2007)

| | |
|---|---|
| ************************************ | * |
| | * |
| VERMONT YANKEE NUCLEAR<br>POWER CORPORATION, | *<br>* |
| | * |
| and | * |
| | * |
| ENTERGY NUCLEAR VERMONT<br>YANKEE, LLC, *et al.*, | *<br>* |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

ORDER

On December 29 2006, counsel for the parties filed a Joint Status Report indicating a desire for additional time in which to prepare their cases and schedule future proceedings. To discuss the parties' proposal, counsel for all parties are requested to participate in a telephonic conference to be held on the record on January 24 at 10:00 AM. Counsel are requested to confer in advance regarding the establishment of a mutually acceptable schedule for future proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge