**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** | ) | |
| **and** | ) | |
| **ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al., Plaintiffs,** | ) | **Nos. 02-898C & 03-2663C (Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE**

Pursuant to Rule 6(b) of the RCFC, Plaintiff Vermont Yankee Nuclear Power Corporation ("VYNPC") respectfully requests modification of the pretrial schedule set forth in the Court's Discovery Scheduling Order filed March 1, 2007. Prior to filing this motion, counsel for VYNPC discussed the substance of this request with counsel for defendant. Defendant chose not to take a position on VYNPC's request before this motion was filed and wishes to reserve its right to respond. Counsel for VYNPC also described the substance of this request to counsel for plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively "Entergy"); counsel for Entergy stated that he would discuss the request with his client, but has not yet taken a position on VYNPC's request.

Specifically, VYNPC requests that the following changes be made to the discovery schedule in Docket No. 02-898C:

(1) Discovery, which began yesterday (May 1, 2007), would be bifurcated. For the first five months, through September 30, 2007, discovery would be limited to facts related to the extent to which VYNPC retained claims upon the sale of the Vermont Yankee Nuclear Power

Plant to Entergy. After September 30, 2007, discovery would cover any issues relevant to the case.

(2) Enlargement of the date that VYNPC's Pretrial Order on Damages information and expert reports are due from October 5, 2007 to June 6, 2008.

(3) Enlargement of the date that defendant's response to VYNPC's Pretrial Order on Damages information and defendant's expert reports are due from March 21, 2008 to November 24, 2008; and

(4) Enlargement of close of discovery from June 27, 2008 to February 20, 2009.

The requested modifications to the discovery schedule would promote judicial efficiency and economy by putting the parties in a position to resolve claims retention and possible claims overlap issues earlier in the case. The revised schedule would also have the benefit of putting the VYNPC discovery schedule on a track much closer to the discovery schedule established in the Entergy case, thereby reducing the potential for discovery inefficiencies that have concerned defendant. Finally, although the discovery schedule in VYNPC would be extended, as a practical matter this would not delay the resolution of these cases because discovery in VYNPC and Entergy would close at the same time.

If, for any reason, the Court were to decide not to grant VYNPC's request for bifurcation of the discovery schedule, VYNPC requests that the Court still grant the enlargements described in items (2) through (4) above. When the parties set out their respective positions on the discovery schedule in the Joint Status Report filed February 15, 2007, VYNPC proposed that its expert reports be due June 6, 2008. We requested that date because we believed that, based on the need to obtain discovery from third parties (including Entergy) in order for the experts to conduct and complete their damages analyses, it would not be realistic for them to complete their expert reports sooner than that. We still believe this to be the case. It is not

feasible for VYNPC's expert reports to be completed by October 5, 2007, just five months after the commencement of discovery.

Therefore, for the reasons set forth above and good cause shown, VYNPC respectfully requests that: (1) discovery be bifurcated so that from May 1, 2007 through Setember 30, 2007, discovery is restricted to facts related to claims retention issues, with discovery on any issues related to the case beginning October 1, 2007; (2) the due date for VYNPC's Pretrial Order on Damages information and expert reports be extended from October 5, 2007 to June 6, 2008; (3) the due date for defendant's response to VYNPC's Pretrial Order on Damages information and defendant's expert reports be extended from March 21, 2008 to November 24, 2008; and (4) close of discovery be extended from June 27, 2008 to February 20, 2009.

Date: May 2, 2007

Respectfully submitted,

s/Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Counsel of Record for Plaintiff Vermont Yankee Nuclear Power Corporation*

Of Counsel:

Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 2nd day of May, 2007, a copy of the foregoing "PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/Scott Arnold
Scott Arnold