**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** | ) | |
| **and** | ) | |
| **ENTERGY NUCLEAR VERMONT YANKEE, LLC, <u>et</u> <u>al.</u>,** | ) | **Nos. 02-898C & 03-2663C** |
| **Plaintiffs,** | ) | **(Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PARTIES' JOINT MOTION FOR MODIFICATION OF DISCOVERY SCHEDULE**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, plaintiffs, Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively for these purposes, "Entergy"), and Vermont Yankee Nuclear Power Corporation ("VYNPC"), and defendant, the United States, respectfully request modification of the discovery schedule set forth in the Court's Amended Discovery Scheduling Order filed on May 23, 2007. This request involves only interim deadlines and will not change the date for the close of discovery in either case.

Specifically, the parties request that the following changes be made to the discovery schedule in Docket No. 02-898C:

1. Enlargement of the date that VYNPC's damages schedules and information in response to the Court's Pretrial Order on Damages, and expert reports, are due from December 4, 2007 to January 3, 2008; and

2. Enlargement of the date that Defendant's response to VYNPC's damages schedules and infromation pursuant to the Court's Pretrial Order, and expert reports, are due from May 20, 2008 to June 19, 2008.

These modifications are necessary in order to accommodate Entergy's need for a 30-day extension in responding to discovery requests served upon it by VYNPC. Entergy's need for the additional time is due, in part, to simultaneous efforts in pending rate proceedings, involving many of the same personnel who would be required to undertake the effort necessary to respond to VYNPC's discovery. The requested modifications would not alter the discovery closing date, which is scheduled for August 26, 2008.

Date: July 23, 2007

Respectfully submitted,

s/ Richard J. Conway___________
Richard J. Conway (Counsel of Record)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

Of Counsel:

Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Attorneys for Plaintiff Vermont Yankee Nuclear Power Corporation*

s/ Brad Fagg__________________
Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 (Phone)
(202) 739-3001 (Fax)

Of Counsel:

L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572 (Phone)
(601) 368-5816 (Fax)

*Attorneys for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Peter D. Keisler
Assistant Attorney General

Jeanne E. Davidson
Acting Director

Harold D. Lester, Jr.
Assistant Director

s/ Marian E. Sullivan____________
Marian E. Sullivan
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, 8th Floor
Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0365 (Phone)
(202) 307-2503 (Fax)

*Attorneys for Defendant*

**CERTIFICATE OF FILING**

I hereby certify that on this 23rd day of July, 2007, a copy of the foregoing "Parties' Joint Motion for Modification of Discovery Schedule" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/ Brad Fagg