# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: July 24, 2007)

```
************************************ *
                                      *
VERMONT YANKEE NUCLEAR                *
POWER CORPORATION,                    *
                                      *
and                                   *
                                      *
ENTERGY NUCLEAR VERMONT               *
YANKEE, LLC, et al.,                  *
                                      *
                  Plaintiffs,         *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                  Defendant.          *
                                      *
************************************ *
```

SECOND AMENDED DISCOVERY SCHEDULING ORDER

On May 23, 2007, counsel for both Plaintiffs and Defendant jointly filed a motion to modify the Amended Discovery Scheduling Order issued on May 23, 2007. For good cause shown, the parties' motion is GRANTED. Accordingly, with respect only to the deadlines pertaining to Plaintiff Vermont Yankee Nuclear Power Corporation (Docket No. 02-898C), the May 23, 2007 Amended Discovery Scheduling Order is further amended as follows:

Vermont Yankee (No. 02-898C):

1. Plaintiff's damages schedules and information in response to the Court's Amended Pretrial Order on Damages, including any diminished value claims, are due by January 3, 2008. Support for Vermont Yankee's diminished value claim should be included in Plaintiff's damages schedules and information to

the extent feasible. The diminished value claim also may be addressed in Plaintiff's expert reports.

2. Defendant's response to Plaintiff's damages schedules and information, and Defendant's expert reports are due by June 19, 2008.

The dates and provisions in the May 23, 2007 Amended Discovery Scheduling Order not specifically addressed in this order shall remain in effect and unmodified.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge