**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>**and**<br><br>**ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **Nos. 02-898C & 03-2663C**<br>**(Judge Wheeler)** |

**PLAINTIFFS ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively, "Entergy") respectfully request an enlargement of eleven days, to and including December 7, 2007, to respond to Plaintiff Vermont Yankee Nuclear Power Corporation's Motion to Compel Complete Production of Documents. This is Entergy's first request for such an enlargement. Vermont Yankee Nuclear Power Corporation ("VYNPC") opposes. The additional time is necessary due to the trial schedules of counsel for Entergy, the Thanksgiving holiday, and current burdens and priorities upon non-legal company personnel.

The essence of VYNPC's motion to compel is not any refusal by Entergy to produce information, but, rather, speculation by VYNPC that various documents requested by VYNPC that VYNPC thinks should exist in Entergy's files have not been produced. As the correspondence between the parties confirms, Entergy has undertaken more than reasonable efforts to search for, acquire, and produce responsive information. In response to VYNPC's motion to compel, however, Entergy desires to provide to the Court a thorough and appropriate

record to confirm the circumstances of Entergy's responses, likely with affidavit support from company personnel. Such personnel (many of whom have already been contacted on multiple occasions due to the duplicative requests of VYNPC), are currently involved in important business-related projects and priorities that cannot be immediately dropped. In addition, the intervening Thanksgiving holiday will render securing additional confirmations from such company personnel within the current deadlines difficult.

As the Court is aware, counsel of record for Entergy will be involved as lead counsel in the trial of *Carolina Power and Light Company et al. v. United States*, No. 04-37, through at least November 16, 2007, and had hoped to take a few days of family vacation in conjunction with Thanksgiving during the week of November 19, 2007. Moreover, L. Jager Smith, who is of counsel to Entergy in this proceeding and primarily responsible for discovery matters and arrangements regarding Entergy company resources, has been fully engaged in other Entergy matters, including closing arguments in the Boston Edison Company spent fuel damages case before Judge Lettow, and has planned a family vacation between November 16 through November 24. In addition, Entergy in-house legal personnel have been, and are currently, involved in responding to time-sensitive data requests related to prior pending rate-making proceedings, and have limited flexibility regarding those commitments.

Entergy suggests that this modest enlargement request will not prejudice any party. Again, Entergy expects to confirm that the documents requested by VYNPC that VYNPC believes to exist simply do not, and VYNPC will therefore need to proceed with the prosecution of its case upon the basis of the factual record as it exists.

Date: November 15, 2007

Respectfully submitted,

s/ Brad Fagg
Brad Fagg
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 739-5191 (Phone)
(202) 739-3001 (Fax)

*Counsel of Record for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Of Counsel:

L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
(601) 368-5572 (Phone)
(601) 368-5816 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of November, 2007, a copy of the foregoing Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

___s/ Paul Bessette________________