# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: November 19, 2007)

| | |
|---|---|
| **************************************** | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| and | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| **************************************** | * |

ORDER

On November 15, 2007, Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. ("Entergy") filed a motion for an 11-day enlargement of time, to and including December 7, 2007, to respond to Plaintiff Vermont Yankee's motion to compel production of documents. Vermont Yankee opposes Entergy's motion.

This is Entergy's first request for such an enlargement. Under the circumstances presented, Entergy's request is reasonable, and allowing the short additional response time will not materially delay the proceedings. Therefore, for good cause shown, Entergy's Motion is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge