IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

# JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS

Plaintiffs, Vermont Yankee Nuclear Power Corporation, Entergy Nuclear Vermont Yankee, LLC, and Entergy Nuclear Operations, Inc., and Defendant, the United States of America, respectfully request that the Court enter an order, based upon the joint stipulation of the parties, that no party shall be required to produce any draft (including copies) of any expert report prepared in connection with this or any other spent nuclear fuel case that is or was pending before this Court. The parties agree that, for the benefit of all parties, they would like the Court to enter an order that eliminates the need for any party to produce drafts of their respective experts' final written reports. A proposed order, containing language upon which all parties agree, is attached to this Motion.

Date: November 26, 2007

Respectfully submitted,

s/ Richard J. Conway
Richard J. Conway (Counsel of Record)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

Of Counsel:

Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Attorneys for Plaintiff Vermont Yankee Nuclear Power Corporation*

s/ Brad Fagg
Brad Fagg (Counsel of Record)
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191 (Phone)
(202) 739-3001 (Fax)

Of Counsel:

L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, Mississippi 39213
(601) 368-5572 (Phone)\
(601) 368-5816 (Fax)

*Attorneys for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Jeffrey S. Buchholtz
Acting Assistant Attorney General

Jeanne E. Davidson
Director

Harold D. Lester, Jr.
Assistant Director

s/ Marian E. Sullivan
Marian E. Sullivan
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, 8th floor
Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0365 (Phone)
(202) 307-2503 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of November, 2007, a copy of the foregoing "JOINT MOTION FOR AN ORDER REGARDING DISCOVERY OF DRAFT EXPERT REPORTS," including proposed Order, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/ Scott Arnold
Scott Arnold