IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

**ORDER**

No party shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any spent nuclear fuel case that is or was pending before this Court.

Thomas C. Wheeler
Judge