# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: November 27, 2007)

************************************ *
*
VERMONT YANKEE NUCLEAR POWER CORPORATION, *
*
and *
*
ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

DISCOVERY ORDER

No party to this action shall be required to produce any draft (including copies) of any expert report prepared in connection with this case or any other spent nuclear fuel case that is or was pending before this Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge