# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: November 30, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| | * |
| and | * |
| | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al*., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

ORDER

On November 27, 2007, Plaintiff Vermont Yankee Nuclear Power Corporation ("Vermont Yankee") filed an unopposed motion for enlargement of time of 106 days to file its expert reports and damages schedules and information in response to the Court's Amended Pretrial Order on Damages. For good cause shown, Vermont Yankee's motion is GRANTED. The Court directs the parties to follow the amended discovery schedule set forth in the Third Amended Discovery Scheduling Order and Second Amended Pretrial Order on Damages, filed concurrently herewith.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge