IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

**PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION FOR LEAVE TO FILE, UNDER SEAL, ELECTRONICALLY, A COPY OF "PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S REPLY TO PLAINTIFFS ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S OPPOSITION TO PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S MOTION TO COMPEL COMPLETE PRODUCTION OF DOCUMENTS"**

Pursuant to the Court's General Order No. 42A, Plaintiff Vermont Yankee Nuclear Power Corporation ("VYNPC") respectfully requests leave of this Court to file, under seal, electronically, a copy of "Plaintiff Vermont Yankee Nuclear Power Corporation's Reply to Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s Opposition to Plaintiff Vermont Yankee Nuclear Power Corporation's Motion to Compel Complete Production of Documents" on December 21, 2007. VYNPC intends to describe confidential documents related to the ongoing litigation between VYNPC, Entergy Nuclear Vermont Yankee, LLC, Entergy Nuclear Operations, Inc., and the United States. To protect the confidential nature of these documents, VYNPC requests that they be permitted to file this reply under seal.

Because this case is designated as an electronic filing case, prior to filing, VYNPC requires the Court's permission to file a copy of this reply under seal, electronically. Pursuant to paragraph 7 of General Order No. 42A, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court.

For the foregoing reasons, VYNPC respectfully requests that the Court grant this motion for leave to file, under seal, electronically, a copy of "Plaintiff Vermont Yankee Nuclear Power Corporation's Reply to Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s Opposition to Plaintiff Vermont Yankee Nuclear Power Corporation's Motion to Compel Complete Production of Documents" on December 21, 2007.

Dated: December 18, 2007

Respectfully submitted,

By: /s/ Richard J. Conway

Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

Counsel of Record for Plaintiff Vermont Yankee Nuclear Power Corporation

Of Counsel:
Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on December 18, 2007 a copy of the foregoing "Plaintiff Vermont Yankee Nuclear Power Corporation's Motion for Leave to File, Under Seal, Electronically, a Copy of 'Plaintiff Vermont Yankee Nuclear Power Corporation's Reply to Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s Opposition to Plaintiff Vermont Yankee Nuclear Power Corporation's Motion to Compel Complete Production of Documents'" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Scott Arnold