# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: January 2, 2008)

| | |
|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | |
| and | |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## **ORDER**

As mutually agreed with counsel for the parties, the Court will hear oral argument on Plaintiff Vermont Yankee Nuclear Power Corporation's Rule 37 motion to compel production of documents. Oral argument shall be heard on January 30, 2008 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge