IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs. | ) | |
| | ) | |
| v. | ) | Nos. 02-898C & 03-2663C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joshua E. Gardner as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Joshua E. Gardner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

s/ Joshua E. Gardner
Joshua E. Gardner
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 305-7583
Telecopy: (202) 307-2503
Dated: January 10, 2008

CERTIFICATE OF FILING

I hereby certify that on this 10th day of January 2008, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner