IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORP. | ) | |
| and | ) | |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC and ENTERGY NUCLEAR OPERATIONS, INC. | ) | Nos. 02-898C<br>03-2663C<br>(Judge Wheeler) |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to paragraph 11 of Appendix E of the Rules of the Court of Federal Claims and the protective order, entered in this case on February 15, 2006, and the protective order entered in Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Fed. Cl.), on March 22, 2006, defendant, the United States, respectfully requests leave of the Court to file, under seal, electronically copies of the following two motions: (1) "Defendant's Motion to Dismiss Count III of Plaintiff Vermont Yankee Nuclear Power Corporation's First Amended Complaint Pursuant To RCFC 41(b), Or, In The Alternative, Motion To Compel," with attachments; and (2) "Defendant's Motion For Joinder of Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.," with attachments. Because attachments to the Government's motions have been labeled "confidential materials" by plaintiffs, Vermont Yankee Nuclear Power Corporation ("Vermont Yankee"), and Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively, "ENVY"), and because this case is designated as

an electronic filing case, prior to filing, we require the Court's permission to file copies of these documents, under seal, electronically. Pursuant to paragraph 11 of Appendix E, no document to be placed under seal may be filed electronically unless and until authorized to do so by the Court. Protective orders have been entered in this case and ENVY.

For the foregoing reasons, we respectfully request that the Court grant the Government's motion for leave to file, under seal, electronically, copies of the above-identified motions.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Joshua E. Gardner
JOSHUA E. GARDNER
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7583
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

ALAN J. LO RE
Senior Trial Counsel

JOSEPH E. ASHMAN
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

March 18, 2008

CERTIFICATE OF FILING

I hereby certify that on this 18th day of March, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joshua E. Gardner