# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: April 1, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| and | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | * |

FOURTH AMENDED DISCOVERY SCHEDULING ORDER

On March 31, 2008 Plaintiff Vermont Yankee Nuclear Power Corporation filed an unopposed motion for a 56-day enlargement of time within which to file its expert reports and damages schedules in case No. 02-898C. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, the discovery schedule for Case No. 02-898C is amended as follows, while the dates for case No. 03-2663C remain unchanged from the Court's Third Amended Discovery Scheduling Order, issued on November 30, 2007.

Vermont Yankee (No. 02-898C):

1. Plaintiff's damages schedules and information in response to the Court's Second Amended Pretrial Order on Damages, including any diminished value claims, are due by June 13, 2008. Support for Vermont Yankee's diminished value claim should be included in Plaintiff's damages schedules and

information to the extent feasible. The diminished value claim also may be addressed in Plaintiff's expert reports.

2. Plaintiff's expert reports are due by June 13, 2008.

3. Defendant's response to Plaintiff's damages schedules and information, pursuant to the Court's Second Amended Pretrial Order on Damages, is due by December 1, 2008.

4. Defendant's expert reports are due by December 1, 2008.

5. Discovery shall close on February 2, 2009.

<u>Entergy Nuclear Vermont Yankee (No. 03-2663C)</u>:

1. Initial disclosures are due by, and discovery shall begin on February 8, 2008.

2. Plaintiff's damages schedules and information in response to the Court's Pretrial Order on Damages are due by March 14, 2008.

3. Plaintiff's expert reports are due by March 14, 2008.

4. Defendant's response to Plaintiff's damages schedules and information, pursuant to the Court's Pretrial Order on Damages, is due by September 12, 2008.

5. Defendant's expert reports are due by September 12, 2008.

6. Discovery shall close on February 20, 2009.

<u>Guidelines Applicable to Both Cases</u>:

1. Discovery not specifically scheduled above may proceed in any fashion or sequence that the parties desire. To the extent that discovery in the two cases overlaps, the parties may consider joint discovery (e.g., depositions, document production) in the interests of efficiency and economy.

2. Plaintiffs may submit rebuttal expert reports if they desire.

3. If the material facts are not in dispute, the parties are encouraged to address as a pretrial matter the disagreements between the Plaintiffs regarding the

assignment of claims and any overlapping claims. The parties may consider cross-motions for partial summary judgment or motions *in limine* at the earliest reasonable time.

4. The parties are expected to work diligently to meet the dates set forth above, and to assign the necessary resources to these important cases. The Court will conduct a pretrial scheduling conference in each case toward the close of discovery.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge