**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** | ) | |
| **and** | ) | |
| **ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,** | ) | **Nos. 02-898C & 03-2663C** |
| **Plaintiffs,** | ) | **(Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S FIRST AMENDED COMPLAINT PURSUANT TO RCFC 41(b), OR, IN THE ALTERNATIVE, MOTION TO COMPEL**

In response to Defendant United States' Motion to Dismiss Count III of Plaintiff Vermont Yankee Nuclear Power Corporation's ("VYNPC") First Amended Complaint, VYNPC responds that VYNPC intends to pursue its claims against the Government pursuant to Counts I and II of its Amended Complaint. Accordingly, VYNPC has no objection to this Court's dismissal of Count III of its Amended Complaint.

Date: April 21, 2008

Respectfully submitted,

s/Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Counsel of Record for Plaintiff Vermont Yankee Nuclear Power Corporation*

Of Counsel:

Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 21st day of April, 2008, a copy of the foregoing "PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S FIRST AMENDED COMPLAINT PURSUANT TO RCFC 41(b), OR, IN THE ALTERNATIVE, MOTION TO COMPEL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/Scott Arnold
Scott Arnold