# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: April 22, 2008)

| | |
|---|---|
| *********************************** | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| | * |
| and | * |
| | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | * |

ORDER

Upon motion by Defendant filed on March 19, 2008 and without objection from Plaintiff Vermont Yankee Nuclear Power Corporation, Count III of Plaintiff Vermont Yankee's First Amended Complaint is hereby DISMISSED with prejudice, pursuant to Rule 41(b).

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge