**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,** | ) | |
| **and** | ) | |
| **ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al., Plaintiffs,** | ) | **Nos. 02-898C & 03-2663C (Judge Wheeler)** |
| **v.** | ) | |
| **THE UNITED STATES, Defendant.** | ) | |

**PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to the Rules of the Court of Federal Claims 6 and 6.1, Plaintiff Vermont Yankee Nuclear Power Corporation ("VYNPC"), by and through undersigned counsel, respectfully requests an enlargement of time of seventeen days, from July 14, 2008 through July 31, 2008, within which to respond to Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s ("Entergy") Motion for Partial Summary Judgment Regarding Ownership of and Right to Pursue Claims or, in the alternative, Motion *in Limine* to Preclude Vermont Yankee Nuclear Power Corporation from Introducing Evidence Regarding Claims Not Retained ("Motion for Summary Judgment"). This is the first enlargement sought by VYNPC for submission of its response.

Counsel for VYNPC has communicated with counsel for Entergy, Brad Fagg, who does not oppose this motion for enlargement. Counsel for VYNPC has also communicated with counsel for Defendant (the "Government"), Josh Gardner, who has represented that the Government does not oppose this motion for enlargement, provided that the Government is also

granted a seventeen day extension, from July 14, 2008 to July 31, 2008, within which to file its response. Counsel for Entergy has indicated that it does not oppose a similar enlargement of time for the Government, and we agree that this is reasonable and appropriate. Accordingly, VYNPC respectfully requests that to the extent the Court grants VYNPC's request for an enlargement of time, it applies that same enlargement to the Government's response to Entergy's Motion for Summary Judgment.

An enlargement of time is necessary because two principal attorneys in this case, Richard J. Conway and Scott Arnold, are scheduled to participate in a trial to begin on July 7, 2008, in the Superior Court of the District Columbia before Judge Maurice Ross (*Island Development Corp. v. District of Columbia*, Civil Action No. 99-CA-7171). This trial is expected to last up to ten days. Messrs. Conway and Arnold will also be heavily involved in the preparation of VYNPC's response to Entergy's Motion for Summary Judgment but will be substantially unavailable to work on it until completion of the Superior Court trial. In order to prepare an adequate response to Entergy's Motion for Summary Judgment, VYNPC submits that a seventeen day extension is necessary and appropriate.

Thus, for the foregoing reasons and for good cause shown, VYNPC respectfully requests an enlargement of time of seventeen days, from July 14, 2008 through July 31, 2008, within which to respond to Entergy's Motion for Summary Judgment. VYNPC also respectfully requests that this same enlargement of time be applied to the Government's response to Entergy's Motion for Summary Judgment.

Date: June 13, 2008

Respectfully submitted,

s/Richard J. Conway
Richard J. Conway
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

*Counsel of Record for Plaintiff Vermont Yankee Nuclear Power Corporation*

Of Counsel:

Scott Arnold
Nicholas W. Mattia, Jr.
Bradley D. Wine
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-2200 (Phone)
(202) 420-2201 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 13th day of June, 2008, a copy of the foregoing "PLAINTIFF VERMONT YANKEE NUCLEAR POWER CORPORATION'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's system.

s/Scott Arnold
Scott Arnold