# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: June 16, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| VERMONT YANKEE NUCLEAR POWER CORPORATION, | * |
| | * |
| and | * |
| | * |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

SCHEDULING ORDER

On June 13, 2008 Plaintiff Vermont Yankee Nuclear Power Corporation ("VYNPC") filed an unopposed motion for a 17-day enlargement of time within which to respond to Entergy Nuclear Vermont Yankee, LLC's ("Entergy") motion for partial summary judgment or, in the alternative, motion *in limine*. For good cause shown, Plaintiff VYNPC's motion is GRANTED. Accordingly, the briefing schedule is amended as follows:

1. Plaintiff VYNPC and Defendant shall file their respective responses to Plaintiff Entergy's motion on or before July 31, 2008;

2. Plaintiff Entergy shall file its reply on or before August 14, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge