IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 02-898C (Judge Wheeler) |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 03-2663C (Judge Wheeler) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of MARIAN E. SULLIVAN, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARIAN E. SULLIVAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Marian E. Sullivan
MARIAN E. SULLIVAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0365
Facsimile: (202) 307-2503
Email: marian.sullivan@udsoj.gov

Dated: July 31, 2008

CERTIFICATE OF FILING

I hereby certify that, on July 31, 2008, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Marian E. Sullivan