IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORP.<br><br>and<br><br>ENTERGY NUCLEAR VERMONT YANKEE, LLC and ENTERGY NUCLEAR OPERATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | ) | Nos. 02-898C & 03-2663C<br>(Judge Wheeler) |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF DEFENDANT'S RESPONSE TO ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP OF AND RIGHT TO PURSUE CLAIMS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE INTRODUCING EVIDENCE REGARDING CLAIMS NOT RETAINED

Defendant, the United States, respectfully submit the following Proposed Findings of Uncontroverted Fact, pursuant to RCFC 56(h)(2).

1. Vermont Yankee Nuclear Power Corporation ("VY") submitted seven delivery commitment schedules ("DCS") to the Department of Energy ("DOE") on September 25, 1992. App. 1-8.

2. Each DCS was signed by Rudolph M. Grube, Director of Fuel Management Department at VY. App. 1-8.

3. DOE reviewed and approved the seven DCS submitted. App. 1-8.

4. On each DCS, line 2.6 provides the range of discharge dates for the spent nuclear fuel ("SNF") proposed to be included for the relevant delivery of SNF from VY to DOE. App. 1-8.

5. On line 2.6 of each DCS, VY stated that it would deliver, to DOE, SNF discharged as early as January 17, 1973. App. 1-8.

6. On line 2.6 of each DCS, VY stated that it would deliver, to DOE, SNF discharged after April 7, 1983. App. 1-8.

7. This Court has ruled that the one-time fee for fuel burned prior to April 7, 1983 ("one-time fee") is not yet due. Vermont Yankee Nuclear Power Corp. v. United States, 73 Fed. Cl. 236, 244 (2006) ("Vermont Yankee").

8. This Court has ruled that the defendant, the United States, "is not at present entitled to recovery of the [one-time] fee through an award of damages or setoff in this action." Vermont Yankee, 73 Fed. Cl. at 244.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Marian E. Sullivan
by s/ Jeremiah M. Luongo
MARIAN E. SULLIVAN
Senior Trial Attorney
Commercial Litigation Branch
U.S. Department of Justice
Attn: Classification Unit,
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0347
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
Office of General Counsel
1000 Independence Ave., S.W.
Washington, D.C. 20585

PATRICK B. BRYAN
JEREMIAH M. LUONGO
ANTHONY W. MOSES
SCOTT C. SLATER
Trial Attorneys
Commercial Litigation Branch

July 31, 2008

CERTIFICATE OF FILING

I hereby certify that on this 31st day of July 2008, a copy of the foregoing "DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF DEFENDANT'S RESPONSE TO ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP OF AND RIGHT TO PURSUE CLAIMS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE INTRODUCING EVIDENCE REGARDING CLAIMS NOT RETAINED, " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeremiah M. Luongo