IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>and<br><br>**ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | ) | **Nos.: 02-898C & 03-2663C**<br><br>**Judge Wheeler** |

**ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION TO FILE UNDER SEAL, ELECTRONICALLY, A COPY OF "REPLY OF ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP OF AND RIGHT TO PURSUE CLAIMS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE VERMONT YANKEE NUCLEAR POWER CORPORATION FROM INTRODUCING EVIDENCE REGARDING CLAIMS NOT RETAINED"**

Pursuant to Section 11(a) of Appendix E to the Rules of the United States Court of Federal Claims, Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively for these purposes "Entergy") respectfully requests leave of the Court to file, under seal, electronically, a copy of "Reply of Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. in Support of Motion for Partial Summary Judgment Regarding Ownership of and Right to Pursue Claims or, in the Alternative, Motion *In Limine* to Preclude Vermont Yankee Nuclear Power Corporation from Introducing Evidence Regarding Claims Not Retained," on August 14, 2008. Entergy intends to describe confidential documents

related to the ongoing litigation between Entergy, Vermont Yankee Nuclear Power Corporation, and the United States. To protect the confidential nature of these documents, Entergy requests that it be permitted to file this reply memorandum under seal.

Pursuant to Section 11(a) of Appendix E to the Rules of this Court, no document to be placed under seal may be filed electronically unless and until authorized by the Court. Because these cases are designated as electronic filing cases, prior to filing, Entergy requires the Court's permission to file a copy of its reply memorandum under seal, electronically.

Entergy, therefore, respectfully requests that the Court grant this motion for leave to file, under seal, electronically, a copy of "Reply of Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. in Support of Motion for Partial Summary Judgment Regarding Ownership of and Right to Pursue Claims or, in the Alternative, Motion *In Limine* to Preclude Vermont Yankee Nuclear Power Corporation from Introducing Evidence Regarding Claims Not Retained," on August 14, 2008.

Respectfully submitted,

Dated: August 6, 2008

/s/ Brad Fagg

BRAD FAGG
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

*Counsel of Record for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Of Counsel:
L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
Telephone: (601) 368-5572
Facsimile: (601) 368-5816

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of August, 2008, a copy of the foregoing was served filed electronically with the Court. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brad Fagg