IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VERMONT YANKEE NUCLEAR POWER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-898C<br>(Judge Wheeler) |
| ENTERGY NUCLEAR VERMONT YANKEE, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | ) | Nos. 03-2663C<br>(Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION TO ADJUST DISCOVERY SCHEDULE

Pursuant to Rule 6(b)(1) of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an adjustment of the deadlines to submit its expert reports and response to damages schedules to plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively, "Entergy") in Entergy Nuclear Vermont Yankee, et al. v. United States, Fed. Cl. 03-2663C ("ENVY"), as set forth in the Court's Fourth Amended Discovery Scheduling Order of April 1, 2008. The proposed schedule does not affect the close of discovery, or any other deadlines in the Court's Fourth Amended Discovery Scheduling Order. Counsel for Entergy has indicated that Entergy does not oppose this motion. Counsel for Vermont Yankee Nuclear Power Corporation ("VY") has indicated that

VY does not oppose this motion as this motion does not affect any discovery deadlines for the consideration of VY's claims.

Currently, defendant's expert reports and response to Entergy's claims are due on September 12, 2008, and discovery is scheduled to close in that case on February 20, 2009. Because of the nature of the allegations in this case for partial breach of contract, Entergy's original claim was limited to those costs that had been incurred through December 31, 2007. On July 10, 2008, Entergy provided to the Government a Supplemental Damages Schedule that included costs incurred through April 30, 2008. The Government is currently engaged in the process of reviewing Entergy's original claim and its supplemental damages claim. In connection with that review, the Government has identified certain concerns about which we intend to submit audit requests to Entergy. In addition, both Entergy and VY have claimed the same reracking costs as damages, thereby requiring the same discovery and expert reports on those damages. The Government's expert reports in response to VY's claims are due on December 1, 2008, and an adjustment of the expert report deadlines in response to Entergy's claims to December 12, 2008, will keep both cases on similar discovery tracts.

The Government is working diligently to complete the discovery commensurate with the issues presented by this case. As this Court is aware, counsel for all parties have been actively involved in litigating spent nuclear fuel cases before this Court and at the United States Court of Appeals for the Federal Circuit. In fact, members of the Government attorney team completed a trial in Dominion Resources, Inc. v. United States, Fed. Cl. 04-83C (Bruggink, J.) on May 16, 2008, and in Dairyland Power Cooperative v. United States, Fed. Cl. 04-106C (Damich, J.) on July 23, 2008. The scheduling of depositions in this matter are in the planning stage. The Government expects that its expert reports will depend in substantial part upon information

obtained during depositions. Therefore, enlarging the time for the Government to complete its expert reports would obviate the need to amend these reports and responses upon the discovery of additional information. In addition, we believe that extending the existing schedule by three months will enable us to incorporate the additional costs submitted by Entergy on July 10, 2008 into the existing discovery schedule and minimize the number of issues that need to be decided in future actions.

For the foregoing reasons, the Government respectfully requests that the Court extend the time for defendant to submit its expert reports and response to Entergy's damages schedules to and including December 12, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Marian E. Sullivan
MARIAN E. SULLIVAN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0365
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

August 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 13th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO ADJUST DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lisa L. Donahue