Nos. 02-898C & 03-02663C
Judge Wheeler

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

VERMONT YANKEE NUCLEAR POWER CORPORATION

and

ENTERGY NUCLEAR VERMONT YANKEE, LLC
and ENTERGY NUCLEAR OPERATIONS, INC.

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendant.

---

**ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF DEFENDANT'S RESPONSE TO ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP OF AND RIGHT TO PURSUE CLAIMS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE INTRODUCING EVIDENCE REGARDING CLAIMS NOT RETAINED**

---

Brad Fagg
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001
COUNSEL OF RECORD FOR
ENTERGY NUCLEAR VERMONT YANKEE LLC
and ENTERGY NUCLEAR OPERATIONS, INC.

Of Counsel:
L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
Telephone: (601) 368-5572
Facsimile: (601) 368-5816

August 14, 2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VERMONT YANKEE NUCLEAR POWER CORPORATION,**<br><br>and<br><br>**ENTERGY NUCLEAR VERMONT YANKEE, LLC, *et al.*,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Defendant. | ) | **Nos.: 02-898C & 03-2663C**<br><br>**Judge Wheeler** |

**ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S RESPONSE TO DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF DEFENDANT'S RESPONSE TO ENTERGY NUCLEAR VERMONT YANKEE, LLC AND ENTERGY NUCLEAR OPERATIONS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OWNERSHIP OF AND RIGHT TO PURSUE CLAIMS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE* TO PRECLUDE INTRODUCING EVIDENCE REGARDING CLAIMS NOT RETAINED**

In response to "Defendant's Proposed Findings of Uncontroverted Fact in Support of Defendant's Response to Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.'s Motion for Partial Summary Judgment Regarding Ownership of and Right to Pursue Claims or, in the Alternative, Motion *In Limine* to Preclude Introducing Evidence Regarding Claims Not Retained," Plaintiffs Entergy Nuclear Vermont Yankee LLC and Entergy Nuclear Operations, Inc. (collectively, for these purposes, "Entergy"), through their undersigned counsel, respectfully responds as follows:

1. Vermont Yankee Nuclear Power Corporation ("VY") submitted seven delivery commitment schedules ("DCS") to the Department of Energy ("DOE") on September 25, 1992. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 1.

2. Each DCS was signed by Rudolph M. Grube, Director of Fuel Management Department at VY. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 2.

3. DOE reviewed and approved the seven DCS submitted. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 3.

4. On each DCS, line 2.6 provides the range of discharge dates for the spent nuclear fuel ("SNF") proposed to be included for the relevant delivery of SNF from VY to DOE. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 4.

5. On line 2.6 of each DCS, VY stated that it would deliver, to DOE, SNF discharged as early as January 17, 1973. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 5.

6. On line 2.6 of each DCS, VY stated that it would deliver, to DOE, SNF discharged after April 7, 1983. App. 1-8.

**RESPONSE:** Entergy does not dispute the statement in paragraph 6.

7. This Court has ruled that the one-time fee for fuel burned prior to April 7, 1983 ("one-time fee") is not yet due. *Vermont Yankee Nuclear Power Corp. v. United States*, 73 Fed. Cl. 236, 244 (2006) ("*Vermont Yankee*").

**RESPONSE:** Entergy does not dispute the statement in paragraph 7.

8. This Court has ruled that the defendant, the United States, "is not at present entitled to recovery of the [one-time] fee through an award of damages or setoff in this action." *Vermont Yankee*, 73 Fed. Cl. at 244.

**RESPONSE:** Entergy does not dispute the statement in paragraph 8.

Respectfully submitted,

Dated: August 14, 2008

/s/ Brad Fagg

BRAD FAGG
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-5191
Facsimile: (202) 739-3001

*Counsel of Record for Plaintiffs Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc.*

Of Counsel:
L. Jager Smith, Jr.
WISE CARTER CHILD
& CARAWAY, P.A.
1340 Echelon Parkway
Jackson, MS 39213
Telephone: (601) 368-5572
Facsimile: (601) 368-5816

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of August, 2008, a copy of the foregoing was served filed electronically with the Court. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Brad Fagg