# In the United States Court of Federal Claims

Nos. 02-898C and 03-2663C

(Filed: August 20, 2008)

************************************ *
*
VERMONT YANKEE NUCLEAR *
POWER CORPORATION, *
*
and *
*
ENTERGY NUCLEAR VERMONT *
YANKEE, LLC, *et al.*, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

ORDER

As mutually agreed with counsel for the parties, the Court will hear oral argument on Plaintiff Entergy Nuclear Vermont Yankee, LLC and Entergy Nuclear Operations, Inc. (collectively "Entergy")'s motion for partial summary judgment or, in the alternative, motion in limine to preclude Plaintiff Vermont Yankee Nuclear Power Corporation from introducing evidence regarding claims not retained. Oral argument shall be heard on September 17, 2008 at 10:00 AM at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge